# EXHIBIT 1







STYLE

# Are These $20 Costco Pants a Lululemon Dupe? We Investigated.

Published April 17, 2025

Save



NYT Wirecutter

By Alexander Aciman
Alexander Aciman is an editor who has written about pasta-making, running gear, and Wirecutter picks he has spotted on TV shows.

BROWSE THIS ARTICLE
It's all in the details
The fabric sets them apart
But the fit surprised me
Are Kirkland pants as good as the real thing?

For decades, Costco shoppers have played amateur detectives, trying to figure out which big-name suppliers are behind products from the store's house brand, Kirkland Signature. Flittering across the internet are age-old rumors claiming that some Kirkland goods are actually rebranded Vuori joggers, Grey Goose vodka, or Pureology shampoo, just to name a few.

With online discourse swirling around the issue of luxury dupes and direct-from-the-factory purchases, the question on everyone's mind right now is, "Can you actually get the real thing for a fraction of the price?"

As a longtime Costco fan myself, I am no stranger to this sort of speculation. Who doesn't love the thought of getting away with something as spectacular as snagging 2.5 pounds of coffee beans, allegedly roasted by Starbucks, for $20? A similar question crossed my mind when I discovered the Kirkland Signature Men's 5-Pocket Performance Pants. From the design details to the fabric, I couldn't help but notice how similar they are to the Lululemon ABC 5 Pocket Pants, which have become a near-integral part of the men's business-casual uniform over the past few years.

So I put my detective hat on and investigated: Are Kirkland's $20 pants dupes of Lululemon's beloved $130 ABC pants?



**Lululemon ABC 5 Pocket Pants**
A well-made (and well-loved) pair of pants
Lululemon's ABC pants are a comfortable, versatile, and slim-fitting pair of trousers.
$128 from Lululemon



**Kirkland Signature Men's 5-Pocket Performance Pants**
An ABC copycat
Kirkland's pants crib all of Lululemon's details but fall short in several notable ways.
$20 from Costco

I wasn't the first person to notice the similarities between Lululemon trousers and previous versions of Kirkland's pants. Several Reddit threads have pointed out similarities between the two brands' offerings. But as I looked at those other potential Costco comps, beyond a few details and a similar fabric, nothing necessarily screamed outright copycat.

And then I got my hands on Kirkland's latest iteration of its performance trousers.

When I held these two pairs of pants and inspected their construction, they looked almost identical. I asked Lululemon whether the brand made these pants for Kirkland. The company did not reply.

Here's how the two pants stack up against each other.

**Get today's recommendation**
Expert advice. Very good deals. The absolute best (and worst) things we've tested lately. Sent to your inbox daily.
Sign Up
For information about our privacy practices, including how to opt out of marketing emails, see our Privacy Policy. For general questions, contact us anytime.

ADVERTISEMENT




## It's all in the details

Looking for something else?
The Best Leggings for Workouts and Everyday Wear
The Best Yoga Mats
The Best Underwear for Travel
The Best Rain Pants
Read more from Style

The first and most significant similarity between these two pairs of pants is that they both have a gusseted crotch. A gusseted crotch is a small, diamond-shaped patch in the place of a traditional crotch seam, intended to make pants more comfortable to wear, as well as to offer a greater range of motion — a detail that one really appreciates on transatlantic flights or when standing on one's feet for 12 hours at a time.

The crotch is a defining feature of Lululemon's pants (ABC stands for Anti-Ball Crushing). The previous-generation Kirkland performance pants lacked this feature, and its inclusion in the latest version brings these pants much more in line with the ABC pants.



The gusseted crotch panels of Kirkland's pants (left) and Lululemon's (right). Alexander Aciman/NYT Wirecutter

Then there are the many other, smaller construction details. Both pants use the same exact kind of YKK zippers, and both pants are sewn with roughly 11 or 12 stitches per inch at the seams. Both pants have a reinforced button: The ABC pants have a thin strip of grosgrain fabric on the inside of the waistband to support the button attachment, as do the Kirkland pants.



The two pairs of pants use the same type of YKK zipper. Alexander Aciman/NYT Wirecutter



Kirkland also seems to have copied the way Lululemon stitches the seam running along the inside of the leg. On most pants, this flat felled seam results in a flap of fabric inside the leg of the garment. Lululemon stitches this flap down, presumably for comfort; Kirkland's pants have the same sewn-down flap.

The pockets of the two pants have similar geometries, and while Kirkland's pockets have a slightly longer opening, they are visually similar, from the placement of the rivets to the nearly identical construction of the watch pockets. (However, the major downside of copying an entire garment is that the design flaws also get copied: Both pants have a zippered back pocket that's too shallow for a regular-size wallet or a passport, which makes it functionally useless, in my opinion.)

But what really stood out was the difference between these two pants — and in comparing them, I noticed just how thoughtfully Lululemon's pants were designed.

Whereas Kirkland uses an exposed elastic waistband, Lululemon has a double-lined waistband that uses the same Warpstreme fabric as the rest of the pants. That extra fabric on the ABC pants creates a more substantial waistband that is likely to last a lot longer and less likely to bag out or crumple in on itself.

[illegible]

reputations left me with a hunger that could be sated only by the thought that a $20 pair of pants was just as good as pants retailing for six times that.

The hunger remains.

As someone who recently spent several days on a hiking-intensive trip wearing nylon-cotton-spandex blended pants purchased on sale at J.Crew for $15, I recognize that these types of technical trousers do have their place, and you can certainly do a lot worse than the pants from Kirkland. If you are looking for an affordable pair of pants with stretch, pleasant details, and decent construction, they're a great option. I would not hesitate to take these pants with me on another hiking trip.

But Kirkland's pants are semi-disposable. The thinness of their fabric tells me that they will likely look a lot less like themselves in four months of regular wear. That isn't unexpected for $20, but it doesn't exactly scream daily driver. If the promise of the Lululemon ABC pants is that they can fully replace cotton chinos, Kirkland doesn't even begin to deliver on that with its pants. And the inconvenience of replacing these pants every so often, especially when they do not look or feel great to begin with, is on its own a compelling enough case for the ABC pants.

And then there are the merits of Lululemon's garments. Some brands bring in consumers on their name and reputation alone, and I badly wanted to believe this was the case for the ABC pants, but it wasn't. The amount of design work, thought, and workmanship in these pants is genuinely remarkable.

I cannot say what is or isn't worth $130, nor can I say whether Lululemon made pants for Costco. But after weeks of wear and thorough inspection, I can say that these pants are definitely not the same.

*This article was edited by Hannah Rimm and Maxine Builder.*

## Meet your guide

Alexander Aciman

Alexander Aciman is an editor. He has worked as a journalist and on documentary film projects, and he has also worked as a screenwriter for Amazon and Lionsgate. When he's not working, you can probably find him bird watching, running, or making pasta.

## Further reading




**The Best Leggings for Workouts and Everyday Wear**
We assessed the fabric, fit, performance, and style of an array of workout leggings to find the best pairs for whatever moves you.



**The Best Yoga Mats**
After testing 49 yoga mats and using our picks for years, we've determined it's worth investing in a quality mat that will last. The JadeYoga Harmony Mat is our top pick.



**The Best Underwear for Travel**
We tested 37 pairs of travel underwear and found that ExOfficio's Give-N-Go 2.0 Sport Mesh 6″ Boxer Brief and Patagonia Women's Active Hipster panties are the best around.



**The Best Rain Pants**
The Marmot PreCip Eco Pants, which come in men's and women's sizes and multiple lengths, are the pants that kept us comfortable and dry through wet weather.


ADVERTISEMENT






© 2025 Wirecutter, Inc., A New York Times Company | Privacy Policy | Terms of Use | Cookie Policy | Partnerships & Advertising | Licensing & Reprints | RSS
California Notices