# EXHIBIT 5

(12) **United States Design Patent** (10) Patent No.: **US D1,035,219 S**
Beaulieu et al. (45) Date of Patent: ** **Jul. 16, 2024**

(54) **GARMENT**

(71) Applicant: **LULULEMON ATHLETICA CANADA INC.**, Vancouver (CA)

(72) Inventors: **Michelle Alicia Rae Beaulieu**, Vancouver (CA); **Jessica Somaly Tep**, Vancouver (CA)

(73) Assignee: **LULULEMON ATHLETICA CANADA INC.**, Vancouver (CA)

(**) Term: **15 Years**

(21) Appl. No.: **29/891,324**

(22) Filed: **May 4, 2023**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/856,625, filed on Oct. 14, 2022, now Pat. No. Des. 989,442, which is a continuation of application No. 29/765,375, filed on Jan. 7, 2021, now Pat. No. Des. 969,456.

(51) **LOC (14) Cl.** ............................................. **02-02**
(52) **U.S. Cl.**
   USPC ........................................................ **D2/750**
(58) **Field of Classification Search**
   USPC .................. D2/728, 750, 828, 731, 840
   CPC ... A41D 3/00; A41D 3/02; A41D 1/02; A41D 1/04
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D685,160 S | 7/2013 | Savage | |
| D781,027 S | 3/2017 | Zheng | |
| D787,160 S | 5/2017 | Crowe et al. | |
| D809,745 S | 2/2018 | Crowe et al. | |
| D889,777 S * | 7/2020 | Maier | D2/828 |
| D892,436 S | 8/2020 | Francis | |
| D916,435 S | 4/2021 | Xiao et al. | |
| D955,697 S | 6/2022 | Chen | |
| D969,456 S | 11/2022 | Beaulieu et al. | |

(Continued)

OTHER PUBLICATIONS

Vutru Women's Workout Yoga Jacket, posted Apr. 2, 2021 [online], (retrieved Feb. 20, 2024). Retrieved from the internet, https://www.amazon.com/dp/B091G6N5S6/ref=sspa_dk_detail_6?pd_rd_i=B091G6N5S6&pd_rd_w=zS7Yp&content-id=amzn1.sym.386c274b-4bfe-%E2%80%A6 (Year: 2021).*

(Continued)

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — J. Thorn, Sr.
(74) *Attorney, Agent, or Firm* — CONNEELY PC; Joseph Conneely

(57) **CLAIM**

The ornamental design for a garment, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a garment according to the design;
FIG. **2** is a rear view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a front perspective view thereof;
FIG. **6** is a rear perspective view thereof;
FIG. **7** is a front view thereof shown in an environment of use; and,
FIG. **8** is a rear view thereof shown in an environment of use. The portions of the garment shown in broken lines in FIGS. **1**-**8** do not form part of the claimed design. The broken line showing of the hands, legs, torso, and head in FIGS. **7**-**8** is for the purpose of illustrating portions of the environmental structure and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D969,457 S | 11/2022 | Monk |
| D981,686 S * | 3/2023 | Hasson .......................... D2/828 |
| D989,442 S * | 6/2023 | Beaulieu ....................... D2/750 |
| 2016/0150847 A1 | 6/2016 | Johnson |
| 2018/0343941 A1 | 12/2018 | Arnold et al. |
| 2019/0289936 A1 | 9/2019 | Hourani |
| 2021/0052022 A1 | 2/2021 | George et al. |
| 2021/0106080 A1 | 4/2021 | Stangeland et al. |
| 2022/0287392 A1* | 9/2022 | Thomas ............. A41D 13/0012 |

OTHER PUBLICATIONS

Alo Airbrush Corset Full Zip Jacket, posted Apr. 2, 2021 [online], (retrieved Feb. 20, 2024). Retrieved from the internet, https://www.aloyoga.com/products/w4529r-airbrush-corset-full-zip-jacket-soft-mulberry?variant=42542388019380&disableCurrencyEstimate&gad_sou%E2%80%A6 (Year: NA).*

Scuba Oversized Half-Zip Hoodie, reviewed 2021 [online], (retrieved Jun. 29, 2021). Retrieved from the Internet, https://shop.lululemon.com/p/womens-outerwear/Scuba-Oversized-12-Zip-Hoodie/_/prod9960807?color=44629 (Year: 2021).

Burton Men's Frostner Anorak Jacket, reviewed 2023 [online], (retrieved Jan. 23, 2023). Retrieved from the Internet, https://www.dickssportinggoods.com/p/burton-mens-frostner-anorak-jacket-21brtmmnsfrstnmrapo/21brtmmnsfrstnmrapo (Year: 2023).

* cited by examiner



FIG.1



FIG.2



FIG.3

U.S. Patent    Jul. 16, 2024    Sheet 4 of 8    US D1,035,219 S



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8