# EXHIBIT 7



tidewater teal

All | Images | Shopping | Videos | Short videos | News | Forums | More      Tools

Sponsored

     PRICE DROP

📍Vancouver | 📍Vancouver | 📍Surrey | 📍Vancouver | 📍Vancouver |

lululemon Women's Wunder Train High-Rise Tight 28" Siz… | lululemon Women's Wunder Train High-Rise Tight with… | lululemon Women's Scuba Full-Zip Hoodie Size 6 … | lululemon Women's Align High-Rise Pant 28" Size 14 … | lululemon Women's Align High-Rise Mini-Flare Pant… | lululemon Women's Scuba Oversized Half-Zip Hoodie…

$69.00 | $89.00 | $118.00 | $69.00 | $89.00 | $99.00
lululemon | lululemon | lululemon | lululemon | lululemon | Was $128
 |  |  |  |  | lululemon
★★★★☆ (593) | ★★★★☆ (1k+) | ★★★★☆ (6k+) | ★★★★☆ (9k+) | ★★★★☆ (362) | 
Crater Blue · Nylon · Regular · High Rise … | Crater Blue · Nylon · Regular · High Rise … | Dark Forest · Fleece, Cotton · Regular · Zi… | Crater Blue · Nylon · Regular · High Rise … | Crater Blue · Nylon, Polyester · Regular · … | Crater Blue · Fleece, Cotton · Regular · Zi…

## Images

     

Lululemon Align High-Ri… | The Lululemon color that … | Lululemon Align Pant I… | 🚨NWT Lululemon H… | WU Tidewater Teal : r/lulu… | Lululemon Hooded …
lulu fanatics | Reddit | lulu fanatics | eBay | Reddit | lulu fanatics

     

Crater Blue, Tidewater Teal, & Me… | Lululemon Define Ja… | NEW Women Lulule… | Lululemom tidewater… | Lululemon Align High … | 🚨NWT Lululemon HR…
Reddit | lulu fanatics | eBay | CSO Partnershi… | lulu fanatics | eBay

Show more images

Reddit · r/lululemon
100+ comments · 2 years ago
**The Lululemon color that has me in a chokehold ...**
So annoyed I missed getting anything in tidewater teal...now there's nothing worth getting. ... I have the F&F Hat in Tidewater Teal (Mens) and I ...



Can someone compare - Crater blue vs tidewater teal …   23 posts   Dec 29, 2024
How to describe tidewater teal? : r/lululemon - Reddit   11 posts   Jan 14, 2023
More results from www.reddit.com

People also ask

What color is tidewater?
What is the difference between medium forest and Tidewater teal?
What is the meaning of tidal teal?
Is teal the same as turquoise VA aqua?

Feedback

 lulu fanatics
https://www.lulufanatics.com › item › lululemon-align-...
**Lululemon Align High-Rise Pant 28 - lulu fanatics**
Features · Designed for: Yoga · Lycra®: Added Lycra® fibre for shape retention · Comfortable waistband: Lies flat against your skin and won't dig in · Hidden ...
US$69.00 · In stock



 lulu fanatics
https://www.lulufanatics.com › item › lululemon-align-...
**Lululemon Align Crop "21" - Tidewater Teal**
Release Date: 2/2020. Original Price: $88. Materials: Nulu. Color: Tidewater Teal. Focus on your practice in the buttery-soft Align yoga collection, ...
US$69.00 · In stock



 Amazon.com
https://www.amazon.com › Lululemon-Everywhere-Bel...
**Lululemon Athletica Everywhere Belt Bag 1L ...**
Phone, wallet, keys. Keep them close in this versatile belt bag that helps you get out the door and on to your next adventure. Designed for ...
US$58.94 · 4.4 ★★★★☆ (165) · Free 30-day returns



eBay
https://www.ebay.ca › ... › Activewear › Activewear Tops
**NEW Women Lululemon Align High-Neck Tank ...**
NEW Women Lululemon Align High-Neck Tank Top Tidewater Teal Size 4 ; Beyond Anthro ( … ) · Approx. C $109.35 · Est. delivery Thu, Jul 3 - Wed, Jul 9 · From Higley



$109.87 · In stock


eBay
https://www.ebay.ca › ... › Activewear › Activewear Pants

**Lululemon Align HR Pant 25"L Size 6 TIDT ... - eBay**

Lululemon Align HR Pant 25''L Size 6 TIDT Tidewater Teal 52914 ... Approx. C $176.77. US $128.00. or Best Offer. C $9.81 shipping. Est. delivery Sat, ...
$175.81 · In stock

Poshmark
https://poshmark.com › ... › Leggings

**Lululemon Align Tidewater Teal Color Comparison**

I am posting this to show the difference between the Lululemon Align Tidewater Teal in 28" and 25". One of my friends asked a lululemon manager why there ...
US$1,000.00 · In stock

Amazon.com
https://us.amazon.com › LULULEMON-Everywhere-Li...

**LULULEMON Everywhere Belt Bag 1 Litre (Arctic Green ...**

LULULEMON Everywhere Belt Bag 1 Litre (Arctic Green/Tidewater Teal) ... Currently unavailable. We don't know when or if this item will be back in stock.
5.0 ★★★★★ (2) · Free 30-day returns

braycentral.ie
https://braycentral.ie › Women › Shorts › Bike Shorts

**Lululemon Align Ribbed Panel High-Rise Short 8 ...**

Lululemon Align Ribbed Panel High-Rise Short 8" Size 6 BIKE SHORTS Tidewater TealThese are so gorgeous and perfectCompletely sold out!
US$71.00 · In stock

Sponsored

lululemon
https://shop.lululemon.com › t-shirts

**lululemon® Official Site**

Move In Your Favourite Colour — T-Shirts This Stretchy & Lightweight Redefine What Comfortable Feels Like. Shop New Shades Of T-Shirts That Bring New Energy To Every Workout. Buy Now, Pick Up In-Store.

We Made Too Much · New Gear Just Dropped · Pro-Approved Golf Gear · Women's Shirts

### People also search for

| Tidewater teal **lululemon** | **Lululemon storm** teal |
| Tidewater teal **reddit** | Teal **lululemon leggings** |
| Tidewater Teal **Lululemon Scuba** | Teal **lululemon Jacket** |
| Tidewater teal **lululemon Belt bag** | **Lululemon** Teal **Scuba** |



1  2  3  4  5  6  7   Next

Results are personalized - Try without personalization

Canada   ● V6K, Vancouver, BC - Based on your past activity - Update location

Help   Send feedback   Privacy   Terms