Case 2:25-cv-05864-FLA-AJR    Document 1    Filed 07/15/25    Page 1 of 4    Page ID #1

MORGAN, LEWIS & BOCKIUS LLP
Ali S. Razai, Bar No. 246,922
ali.razai@morganlewis.com
Brandon G. Smith, Bar No. 307,676
brandon.smith@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Jack Hendershott (*pro hac vice* forthcoming)
jack.hendershott@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel: +1.212.309.6000
Fax: +1.212.309.6001

Attorneys for Plaintiffs
LULULEMON ATHLETICA CANADA INC.
LULULEMON USA INC.

**FILED**
CLERK, U.S. DISTRICT COURT
07-15-25
CENTRAL DISTRICT OF CALIFORNIA
BY: dgo  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC. AND LULULEMON USA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendant. | Case No. 2:25-cv-5864<br><br>**COMPLAINT JURY TRIAL DEMANDED** |

[Handwritten annotation:] Initial Complaint a Demand for $100,000 plus interest. Please, Dear Clerk, consider to enter us into the record that we are Plaintiffs in the above-cited case. About 15 years ago, we did about $100,000 worth of work for Costco and Costco never paid us. Time is of essence, we look forward to hear from you soon. This is newly discovered information. RSB this case has never been heard. We demand a jury trial.

R.Khm 7/5/2025
DK, Plaintiff
1629 K St NW #300
Washington, DC 20006
202-210-3933
202-271-3502

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

David Kissi
1629 K St., NW # 300
Washington DC 20006

Civ.

Clerk of The Court
Ronald Reagan Federal Building
and United States Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516

92701-451653

CAPITAL DISTRICT 208
7 JUL 2025 PM 4

CLERK U.S DISTRICT COURT
CENTRAL
SOUTHERN DIVISION
DISTRICT OF CALIFORNIA
BY DEPUTY
RECEIVED
15, 2025

FOREVER / USA



**Yakima Paper Supplies**

Allied Member of the Hotel Assn. of Wash., DC



**David Kissi, Salesman (202-210-3933 cell)**
Tel: 202-675-6365
Email: yakima.supplies@verizon.net
POB 2185, S. Fern St., Arlington, VA 22202