UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:25-cv-05864-FLA (AJRx)<br><br>**ORDER DENYING MOVANT DAVID KISSI'S JOINDER MOTION [DKT. 19]** |

1

1    On July 15, 2025, Movant David Kissi ("Movant") filed a joinder motion ("Joinder Motion").  Dkt. 19 ("Mot.").

    Joinder of plaintiffs in a single claim is permitted when (1) the plaintiffs assert a right to relief that arises out of the same transaction or occurrence, and (2) "any question of law or fact common to all plaintiffs will arise in the action."  Fed. R. Civ. P. 20(a)(1).

    Movant's Joinder Motion is insufficient as to both requirements.  Movant alleges he did "about $100,000 worth of work for Costco and Costco never paid[.]"  Mot. at 1.  Movant's right to relief does not arise from the same transaction or occurrence as Plaintiffs lululemon usa, inc. and lululemon Canada inc.'s ("Plaintiffs") claims of trademark infringement.  *See* Dkt. 1.  Similarly, there is no question of law or fact common to Plaintiffs and Movant.

    The court, having considered Movant's Motion and finding no good cause therefor, hereby DENIES the Motion.

    IT IS SO ORDERED.

Dated: August 5, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge