Case: 2:25cv5864

US Dist Ct of CA.
Los Angeles, CA
Case # 2:25-CV-05864-FLA-AJR.

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 5 2025
CENTRAL DISTRICT OF CALIFORNIA
BY PD DEPUTY

David Kissi          Plaintiff
          v
Costco Wholesale     Defendant

Motion for Reconsideration

This court had previously suggested I shouldn't file my complaint + affidavit, I did promptly comply. So for the trial court to summarily dismiss my case is prejudice bec my case concerns several issues that have never been heard in this court. So the trial judge is wrong to summarily dismiss my case w/o evidence. This case should be promptly restored bec. The Judges action didn't give me any notice or justification why he did that. His action is an abuse of his discretion and it budges my Due Process. I ask for a jury trial.
RSB

DAVID KISSI, PLAINTIFF
1629 K ST, NW #300
WASHINGTON, DC 20006
802-210-3933

Certificate of Service
That on this day of 8/20/2025, I did mail per the U.S. Post Office a copy of this Motion to the Clerk of this Court, to Lululemon per its Attorney Brandon Smith, at Morgan, Lewis, and Bockius LLP, 600 Anton Blvd, # 1800, Costa Mesa, CA 92626-7653 and Defendant Costco per Robert Leuck, Regional Manager, Costco, 1200 S. Fern St., Arlington, VA 22202.

_____
David Kissi
8/20/2025

David Kissi
1629 K St., NW # 300
Washington DC 20006

proc

Re: 25-5864

Clerk of the Court
U.S. District Court for California
411 West 4th St, Room 1053
Santa Ana, CA 92701-4516

CAPITAL DISTRICT 208
21 AUG 2025 PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY