## SCHEDULE OF PRETRIAL AND TRIAL DATES STANDARD WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 26 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DWE DEPUTY

Case No. 2:25-CV-05864-FLA-AJR   Case Name: LuLuLemon v. COSTCO WHOLESALE

| Trial and Final Pretrial Conference Dates | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
|---|---|---|
| Check one:  ☐ Jury Trial  or  ☐ Bench Trial [Monday at 8:15 a.m. within 13-16 months of Scheduling Conference Estimated Duration: _____ Days | | |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine [Friday at 1:30 p.m. at least 17 days before trial] | | |

| Event<br>Note: Hearings shall be on Fridays at 1:30 p.m. Other dates can be any day of the week | Time Computation | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Friday] | 91 days after scheduling conference | unopposed to Court's date | |
| Fact Discovery Cut-Off [Friday] (no later than deadline for filing dispositive motion) | 21 weeks before FPTC | " " | |
| Expert Disclosure (Initial) | 20 weeks before FPTC | " " | |
| Expert Disclosure (Rebuttal) | 18 weeks before FPTC | " " | |
| Expert Discovery Cut-Off | 16 weeks before FPTC | " " | |
| Last Date to Hear Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 weeks before FPTC | See original complaint or back for summary judgement = Amended Complaint | Amended |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:  ☐ 1. Magistrate Judge (with Court approval)<br>☐ 2. Court Mediation Panel<br>☐ 3. Private Mediation | 5 weeks before FPTC | | Complaint |
| Trial Filings (first round) [Friday]<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations Containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | Unopposed to Scheduled dates proposed by Court | |
| Trial Filings (second round) [Friday]<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | Same | |

Respectfully Submitted
By D.Kim, Petitioner
1629 K Street
Washington, DC 20006
202-210-3933

Rev. 2/1/25                                                                 8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION <br><br> Defendant(s). | Case No. 2:25-cv-05864-FLA-AJR <br><br> **ORDER SETTING SCHEDULING CONFERENCE** <br><br> Date: October 17, 2025 <br> Time: 1:00 p.m. <br> Courtroom: 6B |

PLEASE READ THIS ORDER CAREFULLY. IT CONTROLS THIS ACTION AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.

## CONTENTS

I. Introduction......*Not opposed to proposed date for Sch. Conf. of 10/17/2025.*......2

II. Joint Rule 26(f) Report ......*The Court should adopt my complaint/Demand for $250K*......2

III. Scheduling Conference ......*Not opposed to Oct 17, 2025*......6

IV. Notice to be Provided by Counsel ......*N/A*......7

V. Disclosures to Clients ......*N/A*......7

VI. Court's Website ......*N/A*......7

Rev. 2/1/25

1



U.S. POSTAGE PAID
FCM LETTER
WASHINGTON, DC 20008
SEP 22, 2025
$10.48
S2324N502818-16

Retail
RDC 99
92701

CERTIFIED MAIL
9589 0710 5270 2249 0953 49

Clerk of the Court
Central District of California
411 West 4th St., Room 1053
Santa Ana, CA 92701-4516

David Kissi
1629 K St., NW # 300
Washington DC 20006

RECEIVED CLERK, U.S. DISTRICT COURT
SEP 26 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

