

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No. 2:25-cv-05864-FLA (AJRx) <br><br> **SCHEDULING AND TRIAL ORDER** 10/7/2025 |

Non-binding Good faith Estimate of the Damages Range Expected. See Provisions 1a & 1.C. iv

Our estimate for a $250,000 claim against Costco a real estate firm or appraiser hired for the same work in the Washington area would have charged Costco about $300,000.

RSB D.Kisi 11/7/2025
David Kissi, Plaintiff
Yakima Supplies
1629 K ST NW #300
Washington, DC 20006
202-210-3933

Certificate of Service
Since we are proceeding pro se we ask the Clerk to transmit copies of this motion to all interested parties at no cost to us.

D.Kisi
DAVID KISSI
11/7/2025

Rev. 10/1/24

1

David Kissi
1629 K St., NW # 300
Washington DC 20006

CAPITAL DISTRICT 208
8 NOV 2025 PM 1 L

Clerk of the Court,
U.S. District Court
Central District of California
255 East Temple St, Room 180
Los Angeles, California 90012

Scub

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 12 2025
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

90012-3635