Thomas H. Vidal (State Bar No. 204432)
 *tvidal@pryorcashman.com*
PRYOR CASHMAN LLP
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 683-6900

Brad D. Rose (admitted *pro hac vice*)
 *brose@pryorcashman.com*
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
*Attorneys For Defendant-Intervenor*
JACQUES MORET INC.
*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC. AND LULULEMON USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant, <br><br> and <br><br> JACQUES MORET INC., <br><br> Defendant-Intervenor. | Case No. 2:25-cv-05864-FLA-AJR <br><br> **INTERVENOR-DEFENDANT JACQUES MORET INC'S RESPONSE TO PLAINTIFFS' NOTICE OF NON-OPPOSITION** |

Matthew Barkan (admitted *pro hac vice*)
 *mbarkan@pryorcashman.com*
Jeffrey L. Snow (admitted *pro hac vice*)
 *jsnow@pryorcashman.com*
Alexander White (admitted *pro hac vice*)
 *awhite@pryorcashman.com*
Rachel Kaplowitz (*pro hac vice* forthcoming)
 *rkaplowitz@pryorcashman.com*
PRYOR CASHMAN LLP
7 TIMES SQUARE
New York, NY 10036
(212) 421-4100
*Attorneys For Defendant-Intervenor*
JACQUES MORET INC.

Intervenor-Defendant Jacques Moret Inc. ("Moret") hereby submits this brief Response to the Notice of Non-Opposition to Moret's Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims (Dkt. No. 65) filed by Plaintiffs.

In their Notice of Non-Opposition, Plaintiffs admit that Moret identified the prior art that forms the basis of Moret's proposed amended pleading, including affirmative defenses and counterclaims. Plaintiffs' assertion that they did not have enough detail about and did not understand the amended pleading that Moret intended to file, after counsel for the parties met and conferred on Moret's motion, is incredulous. Plaintiffs have no basis to claim that they could not understand how their own prior art garment – which Plaintiffs failed to disclose to the Patent Office during prosecution – rendered their asserted design patents for such a garment both invalid based on prior art and unenforceable due to inequitable conduct.

In any event, Plaintiffs have now had Moret's proposed amended pleading for five weeks. By failing to oppose Moret's motion for leave to file its amended pleading, Plaintiffs acknowledge that Moret's proposed amended pleading meets the pleadings standards of the Federal Rules of Civil Procedure and should not be heard subsequently to assert otherwise.

Respectfully submitted,

Dated: December 24, 2025        PRYOR CASHMAN LLP

By: */s/ Thomas H. Vidal*
    Thomas H. Vidal
    Brad D. Rose
    Matthew Barkan
    Jeffrey L. Snow
    Alexander White
    Rachel Kaplowitz

*Attorneys for Defendant-Intervenor,*
JACQUES MORET INC.

# CERTIFICATE OF SERVICE

I certify that on December 24, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following:

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **DTO LAW** |
| Ali S. Razai, Bar No. 246,922 | William Delgado (SBN 222666) |
|   *ali.razai@morganlewis.com* |   *wdelgado@dtolaw.com* |
| Brandon G. Smith, Bar No. 307,676 | Ellen Y. Yang (SBN 223143) |
|   *brandon.g.smith@morganlewis.com* |   *eyang@dtolaw.com* |
| 600 Anton Boulevard, Suite 1800 | Nicole G. Malick (SBN 335754) |
| Costa Mesa, CA  92626-7653 |   *nmalick@dtolaw.com* |
| Tel: 714.830.0600 | 915 Wilshire Boulevard, Suite 1950 |
| Fax: 714.830.0700 | Los Angeles, California 90017 |
| | Telephone: (213) 334-6999 |
| Brian P. O'Donnell | Facsimile:  (213) 335-7802 |
|   *brian.odonnell@morganlewis.com* | |
| 110 N. Wacker Drive, Suite 2800 | Sudip Kundu (*pro hac vice*) |
| Chicago, IL 60606-1511 |   *skundu@dtolaw.com* |
| Tel: 312.324.1000 | 307 5th Avenue, 12th Floor |
| Fax: 312.324.1001 | New York, NY 10016 |
| | Telephone: (646) 955-5400 |
| John Hendershott | Facsimile: (213) 355-7802 |
|   *jack.hendershott@morganlewis.com* | |
| 101 Park Avenue | *Attorneys for Defendant* |
| New York, NY 10178-0060 | COSTCO WHOLESALE |
| Tel: 212.309.6000 | CORPORATION |
| Fax: 212.309.6001 | |
| | |
| *Attorneys for Plaintiffs* | |
| LULULEMON ATHLETICA CANADA INC. AND LULULEMON USA, INC. | |

By: */s/ Thomas H. Vidal*
      Thomas H. Vidal