# EXHIBIT 1

US00D989442S

## (12) United States Design Patent

Beaulieu et al.

(10) Patent No.: **US D989,442 S**

(45) Date of Patent: ** **Jun. 20, 2023**

(54) **GARMENT**

(71) Applicant: **LULULEMON ATHLETICA CANADA INC.**, Vancouver (CA)

(72) Inventors: **Michelle Alicia Rae Beaulieu**, Vancouver (CA); **Jessica Somaly Tep**, Vancouver (CA)

(73) Assignee: **LULULEMON ATHLETICA CANADA INC.**, Vancouver (CA)

(**) Term: **15 Years**

(21) Appl. No.: **29/856,625**

(22) Filed: **Oct. 14, 2022**

### Related U.S. Application Data

(63) Continuation of application No. 29/765,375, filed on Jan. 7, 2021, now Pat. No. Des. 969,456.

(51) **LOC (14) Cl.** ............................................. **02-02**

(52) **U.S. Cl.**
USPC ........................................................ **D2/750**

(58) **Field of Classification Search**
USPC .......................... D2/728, 750, 828–830, 840
CPC ............... A41D 1/02; A41D 1/04; A41D 3/00
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D685,160 S | | 7/2013 | Savage |
| D781,027 S | | 3/2017 | Zheng |
| D787,160 S | | 5/2017 | Crowe et al. |
| D809,745 S | | 2/2018 | Crowe et al. |
| D892,436 S | | 8/2020 | Francis |
| D916,435 S | | 4/2021 | Xiao et al. |
| D955,697 S | * | 6/2022 | Chen .............................. D2/828 |
| D969,456 S | | 11/2022 | Beaulieu et al. |
| D969,457 S | * | 11/2022 | Monk ............................ D2/750 |

| | | | |
|---|---|---|---|
| 2016/0150847 A1 | | 6/2016 | Johnson |
| 2018/0343941 A1 | | 12/2018 | Arnold et al. |
| 2019/0289936 A1 | | 9/2019 | Hourani |

(Continued)

### OTHER PUBLICATIONS

Burton Men's Frostner Anorak Jacket , reviewed 2023 [online], (retrieved Jan. 23, 2023). Retrieved from the internet, https://www.dickssportinggoods.com/p/burton-mens-frostner-anorak-jacket-21brtmmnsfrstnrnrapo/21brtmmnsfrstnrnrapo (Year: 2023).*

(Continued)

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — J. Thorn, Sr.
(74) *Attorney, Agent, or Firm* — Conneely PC; Joseph Conneely

(57) **CLAIM**

The ornamental design for a garment, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a garment according to the design;
FIG. **2** is a rear view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a front perspective view thereof;
FIG. **6** is a rear perspective view thereof;
FIG. **7** is a front view thereof shown in an environment of use; and,
FIG. **8** is a rear view thereof shown in an environment of use. The portions of the garment shown in broken lines in FIGS. **1-8** do not form part of the claimed design. The broken line showing of the hands, legs, torso, and head in FIG. **7** and of the hands, legs, and torso in FIG. **8** is for the purpose of illustrating portions of the environmental structure and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**US D989,442 S**

Page 2

(56)               **References Cited**

U.S. PATENT DOCUMENTS

2021/0052022  A1     2/2021   George et al.
2021/0106080  A1*    4/2021   Stangeland  .............. D01D 5/20

OTHER PUBLICATIONS

Scuba Oversized Half-Zip Hoodie, reviewed 2021 [online], (retrieved Jun. 29, 2021). Retrieved from the Internet, https://shop.lululemon.com/p/womens-outerwear/Scuba-Oversized-12-Zip-Hoodie/_/prod9960807?color=44629 (Year: 2021).

* cited by examiner



**FIG. 1**



**FIG. 2**

U.S. Patent       Jun. 20, 2023       Sheet 3 of 8       US D989,442 S



**FIG. 3**



FIG. 4



**FIG. 5**



**FIG. 6**

**U.S. Patent**    Jun. 20, 2023    Sheet 7 of 8    US D989,442 S



FIG. 7



FIG. 8