# EXHIBIT 5



SW 6477

# Tidewater

FULL DETAILS ⌄

This light, ocean blue with its warm green undertone may induce memories of foam-flecked seascapes and the salty air. For adventurers only.

**Get this color in a:**

Color Sample | Paint Sample | Interior Paint | Exterior Paint

**Coordinating Colors**   Glimmer SW 6476   Shell White SW 8917   Endless Sea SW 9150

## See Tidewater work in any room



BEDROOM | LIVING ROOM | KITCHEN | BATHROOM | EXTERIOR

Shared From Real Homes

## More Blue Color Inspiration

Upload your own or share it with us on social media by using #SWColorLove.



Naval SW 6244
@ourbrickcottage

Favorite Jeans SW 9147
@honeybees_and_hollyhocks

Moscow Midnight SW 9142
@zandcodesigngroup

Slate Tile SW 7624
@gregghomebuilding

SEE ALL #SWCOLORLOVE

## Ask Our Color Experts

Get personalized color help based on your time, project and budget.

FIND YOUR COLOR





Sherwin-Williams

Contact Us / Frequently Asked Questions
Newsroom

Sign up for PaintPerks®



Get the latest inspiration on color and cutting edge design.

Connect



Investor Relations

Careers

Privacy Policy

Accessibility Statement

Terms and Conditions of Sale

Terms of Use

Forced Labor and Human Trafficking

Do Not Sell or Share My Personal Information

Other Sherwin-Williams Sites

© 2025 The Sherwin-Williams Company

PaintPerks® Terms & Conditions

Register Now →

