# EXHIBIT 7

US00D787160S

(12) **United States Design Patent**    (10) Patent No.:    **US D787,160 S**
    Crowe et al.    (45) **Date of Patent:**    \*\*  **May 23, 2017**

(54) **GARMENT**

(71)  Applicant: **Milwaukee Electric Tool Corporation**, Brookfield, WI (US)

(72)  Inventors: **Jason R. Crowe**, Seattle, WA (US); **Timothy Janda**, Elkhorn, WI (US); **Kim Brannock**, Bend, OR (US); **Jerry Gundersen**, Bainbridge Island, WA (US)

(73)  Assignee: **MILWAUKEE ELECTRIC TOOL CORPORATION**, Brookfield, WI (US)

(\*\*)  Term:    **15 Years**

(21)  Appl. No.: **29/542,035**

(22)  Filed:    **Oct. 9, 2015**

(51)  **LOC (10) Cl.**  ................................................ **02-02**

(52)  **U.S. Cl.**
    USPC  ........................................... **D2/828**; D2/750

(58)  **Field of Classification Search**
    USPC  ........ D2/828, 839, 831, 717, 720, 830, 878, D2/501, 829, 833, 834, 836, 840, 841, D2/847, 848, 731, 749–751, 825; 2/205, 2/203, 172, 84, 93, 81, 158; 381/301
    CPC  ......... A42B 1/046; A42B 1/045; A42B 1/067; A42B 1/048; A42B 13/06; A41D 3/00; A41D 27/02; A41D 13/0152; A41D 1/005; A41D 19/0041; A41D 13/001; A41D 13/0012; A41D 2200/20; A41D 3/02; A41D 3/005; A41D 13/01; A41D 13/002; A41D 13/008; A41D 2400/10
    See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,288,408 | A | 12/1918 | Hait et al. |
| 1,691,472 | A | 11/1928 | Graham et al. |
| 1,702,583 | A | 2/1929 | Williams |
| 2,150,251 | A | 3/1939 | Shanhouse |
| 2,156,504 | A | 5/1939 | Liss |
| D115,484 | S | 6/1939 | Smith |
| 2,277,772 | A | 3/1942 | Marick |
| | (Continued) | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1258201 | 6/2000 |
| CN | 300874882 | 1/2009 |
| | (Continued) | |

OTHER PUBLICATIONS

Burton 2013 Women's Tonic Snowboard Jacket Bright White Colorbloack, Announced date N/A [ Site Visited Aug. 10, 2016 ]http://www.xbusa.com/burton-2013-women-s-tonic-snowboard-jacket-bright-white-colorblock.html.*

(Continued)

*Primary Examiner* — George D. Kirschbaum
*Assistant Examiner* — Clese Moore, Jr.
(74) *Attorney, Agent, or Firm* — Michael Best & Friedrich LLP

(57)    **CLAIM**

We claim the ornamental design for a garment, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a garment, such as a hoodie.
FIG. **2** is a rear perspective view of the garment shown in FIG. **1**.
FIG. **3** is a front view of the garment shown in FIG. **1**.
FIG. **4** is a rear view of the garment shown in FIG. **1**.
FIG. **5** is a right side view of the garment shown in FIG. **1**; and,
FIG. **6** is a left side view of the garment shown in FIG. **1**.
The stitching shown in broken lines forms a part of the claimed design.

**1 Claim, 6 Drawing Sheets**



## US D787,160 S

Page 2

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,567,192 A * | 9/1951 | De Grazia | ............. A42B 1/046 2/205 |
| 2,581,366 A * | 1/1952 | De Grazia | ............. A42B 1/045 2/203 |
| 2,707,284 A | 5/1955 | Artzt | |
| 2,727,241 A | 12/1955 | Smith | |
| 2,873,449 A | 2/1959 | Herbert | |
| D189,233 S * | 11/1960 | Suitland | ............................ 2/205 |
| 3,084,241 A | 4/1963 | Carrona | |
| 3,125,762 A | 3/1964 | Glahe | |
| 3,293,405 A | 12/1966 | Costanzo | |
| 3,392,264 A | 7/1968 | Arron | |
| 3,398,406 A | 8/1968 | Waterbury | |
| 3,501,616 A | 3/1970 | Arron | |
| 3,663,796 A | 5/1972 | Hines et al. | |
| 3,748,436 A | 7/1973 | Cassaboom | |
| 3,953,935 A | 5/1976 | Reiner et al. | |
| 3,988,780 A | 11/1976 | Armellino | |
| 3,989,924 A | 11/1976 | Kurtzer | |
| 3,999,037 A | 12/1976 | Metcalf, Sr. | |
| 4,273,989 A | 6/1981 | Hinton et al. | |
| 4,302,850 A | 12/1981 | Maeshima | |
| 4,322,858 A | 4/1982 | Douglas | |
| 4,404,460 A | 9/1983 | Kerr | |
| D271,154 S | 11/1983 | Dowling | |
| 4,475,252 A | 10/1984 | Peyser et al. | |
| 4,483,020 A | 11/1984 | Dunn | |
| 4,539,700 A | 9/1985 | Sato | |
| 4,554,682 A | 11/1985 | Hillquist | |
| 4,589,134 A | 5/1986 | Waldron | |
| 4,645,325 A | 2/1987 | Inoue et al. | |
| 4,777,344 A | 10/1988 | Nash et al. | |
| 4,827,534 A | 5/1989 | Haugen | |
| D301,797 S * | 6/1989 | Lariviere | ....................... D2/831 |
| 4,860,388 A | 8/1989 | Dean | |
| 4,876,724 A | 10/1989 | Suzuki | |
| D306,511 S | 3/1990 | Jones | |
| D309,665 S | 8/1990 | Moseley | |
| 5,008,517 A | 4/1991 | Brekkestran et al. | |
| D318,362 S | 7/1991 | Aiken | |
| 5,032,705 A | 7/1991 | Batcheller et al. | |
| 5,101,511 A | 4/1992 | Elverskog | |
| 5,101,515 A | 4/1992 | Holt et al. | |
| 5,105,067 A | 4/1992 | Brekkestran et al. | |
| 5,148,002 A | 9/1992 | Kuo et al. | |
| D330,106 S | 10/1992 | Aubuchon et al. | |
| 5,158,039 A | 10/1992 | Clark | |
| 5,169,225 A | 12/1992 | Palm | |
| D332,514 S | 1/1993 | Brandoff | |
| 5,206,957 A | 5/1993 | Gulick | |
| 5,230,333 A | 7/1993 | Yates et al. | |
| D338,773 S | 8/1993 | Wilde | |
| 5,245,721 A | 9/1993 | Lowe et al. | |
| D341,471 S | 11/1993 | Cross | |
| 5,302,806 A | 4/1994 | Simmons et al. | |
| 5,302,807 A | 4/1994 | Zhao | |
| D356,883 S | 4/1995 | Ganahl | |
| 5,416,310 A | 5/1995 | Little | |
| 5,451,747 A | 9/1995 | Sullivan et al. | |
| 5,465,424 A | 11/1995 | Cudney et al. | |
| 5,471,767 A | 12/1995 | Walker | |
| 5,499,401 A | 3/1996 | Heinmiller | |
| 5,603,646 A | 2/1997 | Tobias | |
| 5,605,144 A | 2/1997 | Simmons et al. | |
| 5,611,085 A | 3/1997 | Rasmussen | |
| 5,617,583 A | 4/1997 | Yates et al. | |
| D385,088 S * | 10/1997 | Handysides | ................... D2/828 |
| 5,777,296 A | 7/1998 | Bell | |
| 5,826,273 A | 10/1998 | Eckes | |
| 5,832,538 A * | 11/1998 | Williams | ............... A42B 1/067 2/172 |
| D402,788 S | 12/1998 | Blankenship, Jr. | |
| 5,866,881 A | 2/1999 | Jones, III | |
| 5,893,911 A | 4/1999 | Piskiel et al. | |
| 5,893,991 A | 4/1999 | Newell | |
| D414,013 S | 9/1999 | Group | |
| 5,953,758 A | 9/1999 | Foster | |
| D414,913 S | 10/1999 | Katz et al. | |
| 5,977,517 A | 11/1999 | Grosjean | |
| D421,329 S | 3/2000 | Adams | |
| 6,049,062 A | 4/2000 | Jones | |
| 6,060,693 A | 5/2000 | Brown | |
| 6,078,025 A | 6/2000 | Yeung | |
| D429,058 S | 8/2000 | Derosier | |
| 6,098,612 A | 8/2000 | Nakamoto et al. | |
| 6,119,270 A | 9/2000 | Chou | |
| 6,155,841 A | 12/2000 | Spanyar | |
| D437,673 S * | 2/2001 | DesJardins | ................... D2/828 |
| 6,199,210 B1 | 3/2001 | Feldman | |
| D439,727 S | 4/2001 | Hosogai | |
| 6,239,410 B1 | 5/2001 | Tackore | |
| 6,319,015 B1 | 11/2001 | Faunce | |
| 6,320,161 B1 | 11/2001 | Hansen, Jr. | |
| 6,329,638 B1 | 12/2001 | Bloodworth | |
| 6,333,570 B1 | 12/2001 | Ilg | |
| 6,342,692 B1 | 1/2002 | Hart et al. | |
| 6,350,129 B1 | 2/2002 | Gorlick | |
| 6,374,418 B1 * | 4/2002 | Rindle | ................... A42B 1/048 2/202 |
| D457,711 S * | 5/2002 | Mahabir | ....................... D2/839 |
| 6,408,440 B1 | 6/2002 | Phiilips | |
| 6,439,942 B1 | 8/2002 | Pillai et al. | |
| D463,094 S | 9/2002 | Haselmayer et al. | |
| 6,450,168 B1 | 9/2002 | Nguyen | |
| 6,550,471 B2 | 4/2003 | Szymocha et al. | |
| 6,558,016 B1 | 5/2003 | Restauro | |
| 6,561,814 B2 | 5/2003 | Tilbury et al. | |
| 6,563,424 B1 | 5/2003 | Kaario | |
| 6,598,235 B2 | 7/2003 | Bulla | |
| 6,649,873 B1 | 11/2003 | Cintron, Jr. et al. | |
| 6,654,963 B2 * | 12/2003 | Fayle | ....................... A41D 3/00 2/84 |
| D487,426 S | 3/2004 | Johnson | |
| 6,738,984 B2 | 5/2004 | Gillen et al. | |
| 6,792,124 B2 | 9/2004 | Tilbury et al. | |
| D498,037 S | 11/2004 | Bay | |
| 6,826,782 B2 | 12/2004 | Jordan | |
| 6,840,955 B2 | 1/2005 | Ein | |
| 6,854,988 B2 | 2/2005 | Marmaropoulos et al. | |
| D508,601 S | 8/2005 | Hoyt | |
| 6,963,055 B2 | 11/2005 | Rock et al. | |
| D526,467 S | 8/2006 | Kent | |
| D526,469 S | 8/2006 | Collier | |
| D527,868 S * | 9/2006 | Wager | ........................... D2/828 |
| D529,687 S | 10/2006 | Rindle | |
| 7,117,538 B2 | 10/2006 | Bosne et al. | |
| D539,508 S | 4/2007 | Rogers et al. | |
| 7,210,939 B2 | 5/2007 | Marmaropoulos et al. | |
| 7,230,206 B1 | 6/2007 | Randall | |
| D551,429 S * | 9/2007 | Wager | ........................... D2/831 |
| D553,329 S * | 10/2007 | Wager | ........................... D2/831 |
| D553,330 S * | 10/2007 | Wager | ........................... D2/831 |
| D555,878 S | 11/2007 | Bay | |
| D566,927 S * | 4/2008 | Graham | ........................ D2/828 |
| D568,581 S * | 5/2008 | Wager | ........................... D2/828 |
| 7,375,308 B2 | 5/2008 | Ferguson | |
| D573,312 S | 7/2008 | Siepmann | |
| D580,630 S | 11/2008 | Adams et al. | |
| 7,448,874 B2 | 11/2008 | Willis | |
| 7,462,035 B2 | 12/2008 | Lee et al. | |
| RE40,613 E | 1/2009 | Jordan | |
| D584,482 S * | 1/2009 | Marsh | ........................... D2/717 |
| 7,476,104 B2 | 1/2009 | Marmaropoulos et al. | |
| D588,338 S * | 3/2009 | Self | ............................... D2/750 |
| D588,783 S | 3/2009 | Olstorn | |
| 7,496,969 B2 | 3/2009 | Pieczynski | |
| 7,519,192 B1 * | 4/2009 | Laycock | ............... A41D 1/005 381/301 |
| 7,559,768 B2 | 7/2009 | Marmaropoulos et al. | |
| 7,560,664 B2 | 7/2009 | Ford et al. | |
| D598,639 S | 8/2009 | Holder | |
| 7,618,260 B2 | 11/2009 | Daniel et al. | |
| 7,624,453 B2 | 12/2009 | Rene et al. | |
| 7,651,016 B2 | 1/2010 | Stewart | |

## US D787,160 S

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D609,432 S * | 2/2010 | Jennings .......................... D2/720 |
| 7,653,949 B2 * | 2/2010 | Kraus ................. A41D 19/0041 |
| | | 2/158 |
| D615,731 S * | 5/2010 | Oneto, Sr. ...................... D2/750 |
| 7,731,517 B2 | 6/2010 | Lee et al. |
| 7,739,748 B2 | 6/2010 | Nilforushan et al. |
| 7,753,685 B2 | 7/2010 | Lee et al. |
| D622,937 S | 9/2010 | Bay |
| 7,816,628 B2 | 10/2010 | Fernandez et al. |
| 7,816,632 B2 | 10/2010 | Bourke, III et al. |
| D626,725 S * | 11/2010 | Snyder ........................... D2/830 |
| D627,540 S * | 11/2010 | Claeys ........................... D2/750 |
| D628,771 S | 12/2010 | Kanada et al. |
| D631,393 S | 1/2011 | Shani et al. |
| D632,215 S | 2/2011 | Shani et al. |
| 7,886,368 B2 | 2/2011 | Hood |
| D636,973 S * | 5/2011 | Smith ............................ D2/830 |
| D638,612 S * | 5/2011 | Benderradji ................... D2/728 |
| D639,025 S | 6/2011 | Holder |
| 7,959,351 B1 | 6/2011 | Thorpe |
| 7,966,667 B2 | 6/2011 | Tomlinson et al. |
| D641,137 S | 7/2011 | Evans et al. |
| 7,994,752 B2 | 8/2011 | Soar |
| 8,008,606 B2 | 8/2011 | Kaiserman et al. |
| D648,924 S | 11/2011 | Propst |
| 8,062,797 B2 | 11/2011 | Fisher et al. |
| 8,105,371 B1 | 1/2012 | Giocondo, Jr. |
| 8,107,653 B2 | 1/2012 | Wolfe |
| D653,836 S * | 2/2012 | Woyshner ...................... D2/750 |
| D654,664 S | 2/2012 | Evans et al. |
| 8,144,911 B2 | 3/2012 | Chiang et al. |
| 8,157,570 B2 | 4/2012 | Chen |
| D662,282 S | 6/2012 | Meunier-Bouchard |
| D662,285 S | 6/2012 | Rushworth |
| 8,251,157 B2 | 8/2012 | Gray et al. |
| D671,714 S * | 12/2012 | McCarroll ...................... D2/831 |
| D672,531 S * | 12/2012 | Kelfer ............................ D2/750 |
| D677,861 S | 3/2013 | Perry |
| D685,160 S * | 7/2013 | Savage .......................... D2/831 |
| D689,670 S * | 9/2013 | Lorenc .......................... D2/878 |
| D692,082 S | 10/2013 | Lee |
| D692,212 S * | 10/2013 | Coward .......................... D2/857 |
| 8,564,249 B2 | 10/2013 | Lundqvist et al. |
| D693,093 S | 11/2013 | Pasloski |
| D693,094 S | 11/2013 | Pasloski |
| D693,096 S * | 11/2013 | Russo ............................ D2/501 |
| D693,543 S * | 11/2013 | Rao ................................ D2/750 |
| D698,524 S | 2/2014 | Roberts et al. |
| D698,525 S | 2/2014 | Roberts et al. |
| D698,528 S | 2/2014 | Roberts et al. |
| D702,419 S | 4/2014 | Mertes |
| D703,922 S | 5/2014 | Roberts et al. |
| D704,849 S | 5/2014 | Hunter |
| D704,924 S * | 5/2014 | Roberts ......................... D2/831 |
| D707,017 S | 6/2014 | Wolf et al. |
| D707,423 S | 6/2014 | Pezzimenti |
| D707,424 S | 6/2014 | Pezzimenti |
| D707,923 S * | 7/2014 | Borovicka ..................... D2/831 |
| D710,573 S | 8/2014 | Pezzimenti |
| D713,128 S | 9/2014 | Pezzimenti et al. |
| D713,620 S | 9/2014 | Pezzimenti et al. |
| D713,621 S | 9/2014 | Pezzimenti et al. |
| D714,022 S | 9/2014 | Mong et al. |
| D714,526 S * | 10/2014 | Ingram .......................... D2/831 |
| D714,527 S | 10/2014 | Borovicka |
| D716,022 S * | 10/2014 | Judge ............................ D2/831 |
| D729,690 S | 5/2015 | Riviere |
| D732,799 S * | 6/2015 | Smith ............................ D2/831 |
| D733,400 S | 7/2015 | Cunningham |
| D734,922 S | 7/2015 | Docker |
| D736,496 S * | 8/2015 | Gonzalez ....................... D2/750 |
| D754,947 S * | 5/2016 | Borovicka ..................... D2/750 |
| D755,478 S | 5/2016 | Grosbol |
| D757,398 S * | 5/2016 | Ingram .......................... D2/828 |
| D765,351 S * | 9/2016 | Shaw ............................. D2/836 |

| | | | |
|---|---|---|---|
| 2001/0047992 A1 | 12/2001 | Deangelis et al. |
| 2002/0076949 A1 | 6/2002 | Tilbury et al. |
| 2002/0142112 A1 * | 10/2002 | Tarrell ...................... F41H 3/00 |
| | | 428/17 |
| 2003/0051286 A1 | 3/2003 | Gregg |
| 2003/0074712 A1 | 4/2003 | Liao |
| 2004/0069761 A1 | 4/2004 | Carr et al. |
| 2004/0070996 A1 | 4/2004 | Carr |
| 2004/0133962 A1 | 7/2004 | Baumel |
| 2004/0153012 A1 | 8/2004 | Schroeder |
| 2004/0221362 A1 | 11/2004 | Bosne et al. |
| 2004/0237169 A1 | 12/2004 | Wood et al. |
| 2004/0256381 A1 | 12/2004 | Haas et al. |
| 2005/0007406 A1 | 1/2005 | Haas et al. |
| 2005/0217004 A1 * | 10/2005 | Haberfeld .............. A41B 13/06 |
| | | 2/69.5 |
| 2005/0246826 A1 | 11/2005 | McCarter et al. |
| 2006/0001727 A1 | 1/2006 | Haas et al. |
| 2006/0048263 A1 | 3/2006 | Walsh |
| 2006/0060576 A1 | 3/2006 | Haas et al. |
| 2006/0128169 A1 | 6/2006 | Marmaropoulos et al. |
| 2006/0166520 A1 | 7/2006 | Marmaropoulos et al. |
| 2006/0213895 A1 | 9/2006 | Dennis |
| 2006/0227675 A1 | 10/2006 | Fried |
| 2006/0277652 A1 | 12/2006 | Okajima |
| 2007/0118960 A1 | 5/2007 | Goodwin |
| 2007/0130667 A1 * | 6/2007 | Gagnon ................. A41D 27/02 |
| | | 2/93 |
| 2007/0151593 A1 | 7/2007 | Jaynes |
| 2007/0278035 A1 | 12/2007 | Marmaropoulos et al. |
| 2008/0005825 A1 | 1/2008 | Tronvold |
| 2008/0023460 A1 | 1/2008 | Huang |
| 2008/0024438 A1 | 1/2008 | Collins et al. |
| 2008/0045269 A1 | 2/2008 | Emory |
| 2008/0067163 A1 | 3/2008 | Axinte et al. |
| 2008/0083740 A1 | 4/2008 | Kaiserman et al. |
| 2008/0163404 A1 * | 7/2008 | Carpenter ......... A41D 13/0512 |
| | | 2/81 |
| 2008/0184459 A1 | 8/2008 | Barnes |
| 2008/0223844 A1 | 9/2008 | Cronn |
| 2009/0014436 A1 | 1/2009 | Toya et al. |
| 2009/0032520 A1 | 2/2009 | Cronn |
| 2009/0094725 A1 | 4/2009 | Smith et al. |
| 2009/0158493 A1 | 6/2009 | Kim |
| 2009/0178173 A1 | 7/2009 | Schultz |
| 2009/0217440 A1 | 9/2009 | Sutker |
| 2009/0230112 A1 | 9/2009 | Ducharme et al. |
| 2009/0249529 A1 | 10/2009 | Rodriguez et al. |
| 2009/0271917 A1 * | 11/2009 | Richardson ........ A41D 13/0025 |
| | | 2/458 |
| 2009/0289046 A1 | 11/2009 | Richmond |
| 2009/0310290 A1 | 12/2009 | Tennent |
| 2010/0100997 A1 | 4/2010 | Lee et al. |
| 2010/0115684 S | 5/2010 | Freedman et al. |
| 2010/0186137 A1 | 7/2010 | Gutshe |
| 2010/0198043 A1 | 8/2010 | Holzer et al. |
| 2010/0263603 A1 | 10/2010 | Baron |
| 2010/0283295 A1 | 11/2010 | Smith et al. |
| 2010/0299800 A1 | 12/2010 | Jackson, Jr. |
| 2011/0012552 A1 | 1/2011 | Margalit |
| 2011/0093998 A1 * | 4/2011 | Brennan .............. A41D 13/001 |
| | | 2/4 |
| 2011/0108538 A1 | 5/2011 | Gray et al. |
| 2011/0173731 A1 | 7/2011 | McElroy et al. |
| 2011/0185469 A1 | 8/2011 | Santuccio et al. |
| 2011/0260556 A1 | 10/2011 | Partridge et al. |
| 2011/0306218 A1 | 12/2011 | Chen |
| 2012/0060260 A1 | 3/2012 | Kochling |
| 2012/0074128 A1 | 3/2012 | Blackford et al. |
| 2012/0096622 A1 | 4/2012 | Johnson |
| 2012/0298493 A1 | 11/2012 | Hogan et al. |
| 2013/0019379 A1 * | 1/2013 | Shadid .............. A41D 13/0012 |
| | | 2/84 |
| 2013/0037531 A1 | 2/2013 | Gray et al. |

## US D787,160 S

Page 4

(56)         **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0042383 A1* | 2/2013 | Ryan | A41D 15/00 |
| | | | 2/84 |
| 2013/0212772 A1* | 8/2013 | Apostoloff | A41D 3/00 |
| | | | 2/93 |
| 2013/0276201 A1 | 10/2013 | Pezzimenti | |
| 2014/0310847 A1 | 10/2014 | Ulriksen et al. | |
| 2015/0060430 A1 | 3/2015 | Tsuge et al. | |
| 2015/0271873 A1 | 9/2015 | Gray et al. | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 303045022 | | 12/2014 |
| DE | 20012075 | | 11/2000 |
| DE | 20012530 | | 11/2000 |
| DE | 102004029017 | | 1/2008 |
| EM | 000082607-0002 | * | 2/2004 |
| EM | 000082607-0003 | | 2/2004 |
| FR | 2793116 | | 11/2000 |
| GB | 2158693 | | 11/1985 |
| JP | 6251757 | | 9/1994 |
| JP | 2000064112 | | 2/2000 |
| JP | D1203602 | * | 4/2004 |
| JP | D1220383 | | 10/2004 |
| NO | 20090182-0010 | | 11/2009 |
| RU | 00047131 | * | 5/2000 |
| RU | 00089193 | | 7/2004 |
| WO | 2012034416 | | 3/2012 |

### OTHER PUBLICATIONS

For 3M Fanatics, Vapor Flash Jacket—p. 23—Nike Talk, Announced Dec. 9, 2014 [ Site Visited Aug. 10, 2016 ]http://niketalk.com/t/319284/for-3m-fanatics-vapor-flash-jacket/660.*

Hardshell Jacket 'Rebirth' in 2011?—Gear Junkie, Announced Nov. 18, 2010 [ Site Visited Aug. 10, 2016 ]https://gearjunkie.com/waterproof-breathable-hardshell-jackets-2011.*

"Convertible Heated Soft-shell Jacket", http://www.plusheat.com/by-brand/convertible-heated-soft-shell-jacket.html, pp. 1-20, 2010.

"Battery Powered 12V Compatible", http://www.electricblanket.net/p-96-heated-electric-jacket-battery-12-volt-compatable.aspx, pp. 1-4, 1999.

The Home Depot. http://www.homedepot.com/p/Milwaukee-Large-M 12-Lithium-Ion-Cordless-Black-MZ-Heated-Jacket-Kit-2345-L/203461266. Customer Review from Sep. 2012. "Large M12 Lithium-Ion Cordless Black MZ Heated Jacket Kit".

REI Windbreaker Fleece Vest—All Around Sturdy Bargain of a Vest, Announced Dec. 2, 2014 [ Site Visited Jul. 11, 2016] http://www.getoutdoorgear.com/1129/rei-windbrake-fleece-vest-all-around-sturdy-bargain-of-a-vest/.

Schott Shot Padding Primaloft Vest nylon Cotton Padded Vest, Announced Oct. 25, 2014 [Site Visited Jul. 11, 2016] http: //global.rakuten .com/en/store/super-rag/item/3142034/?s-id=borderless_recommend item_en.

Weight Vest for Osteoporosis—Alternative Solutions, Announced Aug. 20, 2013 [ Site Visited Jul. 11, 2016] http://weightvest4osteoporosis.com/.

* cited by examiner



FIG. 1

**U.S. Patent**       May 23, 2017       Sheet 2 of 6       US D787,160 S



FIG. 2



FIG. 3

**U.S. Patent**  May 23, 2017  Sheet 4 of 6  US D787,160 S



FIG. 4



FIG. 5



FIG. 6