# EXHIBIT 8

**Page Vault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie Light Cotton Fleece - Mystic Green - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/29970/lululemon-scuba-hoodie-light-cotton-fleece-mystic-green |
| Page loaded at (UTC): | Wed, 05 Nov 2025 17:22:56 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 17:25:11 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | sZv3Te4MxMPGAX5mfuP37C |
| Display Name: | awhite |



COLLECTIONS    WOMENS    MENS    MORE     lulu fanatics





● ● ● ●

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤️

 Lululemon Scuba Oversized Full Zip Hoodie Pride Dark Mystic Size XS/S
Buy it Now                                                                $54.89

 Lululemon Scuba Hoodie III Marled Black Grape Purple Full Zip Sweatshirt Size 6
Buy it Now                                                                $42.00

 Lululemon Womens Scuba Hoodie Pink Full Zip *read For Sizing*
Buy it Now                                                                $44.00

 NWT Size XL/XXL Lululemon Scuba Oversized Full Zip Hoodie Pride DKMY Dark Mystic
Buy it Now                                                                $150.00

 Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now                                                                $44.25

 Lululemon Long Scuba Hoodie Rollin' With My Omies Jacket Sweatshirt Back Zip 6
Buy it Now                                                                $45.00

 Lululemon Electric Turquoise Full Zip-Up Activewear Scuba Hoodie Women's Size 4
Buy it Now                                                                $39.99

 NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now                                                                $99.00

## Lululemon Scuba Hoodie Light Cotton Fleece

Mystic Green

| | | | |
|---|---|---|---|
| 📅 | Release Date: **2/2018** | 🔍 | Style Number: **W4ADBS** |
| 💰 | Original Price: **$118** | 🏷️ | Material: **Cotton Fleece** |

| ADD TO | My Closet ⌄ | ➕ |
|---|---|---|

Our signature hoodie is the perfect pre- and post-training layer. Made with Blended Light Cotton Fleece fabric, it's lightweight, warm, and just as comfortable as your favourite sweatshirt—but gives you a put-together look.

**light cotton fleece**

Blended Light Cotton Fleece fabric is naturally breathable, soft against your skin, and provides lightweight warmth
- breathable
- warm
- soft
- lightweight

read more

### Other Colors & Prints  (view all)

    

### Price History

| Tue 2/6/2018 @ 1:05 pm | $118.00 |
|---|---|

**0 comments**                    Sort by  [Oldest ⇅]

Add a comment...

f  Facebook Comments Plugin

COLLECTIONS    WOMENS    MENS    MORE    lulu fanatics    search...



Size 4
Buy it Now    $39.99

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now    $99.00

NWT LULULEMON Scuba Hoodie Full Zip Pink Haze Gold Zipper Size 6 8 10 12 14 $138
Buy it Now    $99.00

NWT LULULEMON Scuba Hoodie Full Zip Dark Forest Green Size 6 8 10 12 $138 Retail
Buy it Now    $79.00

Lululemon Scuba Full Zip Hoodie Size 6 Purple LW4AWM
Buy it Now    $39.95

NWT LULULEMON Scuba Hoodie Full Zip Garnet Maroon Size 2 4 6 8 10 12 $138 Retail
Buy it Now    $79.00

Lululemon Scuba Oversized Half-Zip Hoodie Size M/L Color Dusty Lilac
Buy it Now    $89.00

Lululemon Scuba Full-Zip Hoodie Women 4 Soft Light Purple Casual Travel School
Buy it Now    $25.00

Lululemon Scuba Oversized Full-Zip Hoodie Womens M/L Red Rock Casual Activewear
Buy it Now    $49.95

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
Buy it Now    $55.00

Lululemon Scuba Hoodie Plush Heathered Iris Purple Full Zip Sweatshirt Size 8
Buy it Now    $35.19

NWT LULULEMON Scuba Hoodie Full Zip Heathered Light Grey Size 2 4 6 8 10 12 $138
Buy it Now    $99.00

Pre-owned Lululemon Scuba Oversized Full-Zip Hoodie Velvet Dust M/L
Buy it Now    $50.00

Lululemon Women's Scuba Full-Zip Hoodie *Plush Plum Gold Zipper Size 4
Buy it Now    $49.00

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

**PageVault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie Light Cotton Fleece - Mystic Green - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/29970/lululemon-scuba-hoodie-light-cotton-fleece-mystic-green |
| Page loaded at (UTC): | Wed, 05 Nov 2025 17:22:56 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 17:26:25 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | 3gWMkkKwYiQdHjj3DikYCB |
| Display Name: | awhite |

PDF REFERENCE #:    5mGrSBYLWDozbcF6AaD3T2



● ● ● ●

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤


Lululemon Scuba Oversized Full Zip Hoodie Pride Dark Mystic Size XS/S
Buy it Now
**$54.89**


Lululemon Scuba Hoodie III Marled Black Grape Purple Full Zip Sweatshirt Size 6
Buy it Now
**$42.00**


Lululemon Womens Scuba Hoodie Pink Full Zip *read For Sizing*
Buy it Now
**$44.00**


NWT Size XL/XXL Lululemon Scuba Oversized Full Zip Hoodie Pride DKMY Dark Mystic
Buy it Now
**$150.00**


Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now
**$44.25**


Lululemon Long Scuba Hoodie Rollin' With My Omies Jacket Sweatshirt Back Zip 6
Buy it Now
**$45.00**


Lululemon Electric Turquoise Full Zip-Up Activewear Scuba Hoodie Women's Size 4
Buy it Now
**$39.99**

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now
**$99.00**

# Lululemon Scuba Hoodie Light Cotton Fleece

Mystic Green

| | | | |
|---|---|---|---|
| 📅 Release Date: **2/2018** | | 🔍 Style Number: **W4ADBS** | |
| 💰 Original Price: **$118** | | ▯ Material: **Cotton Fleece** | |

| ADD TO | My Closet ⌄ | + |
|---|---|---|

Our signature hoodie is the perfect pre- and post-training layer. Made with Blended Light Cotton Fleece fabric, it's lightweight, warm, and just as comfortable as your favourite sweatshirt—but gives you a put-together look.

**light cotton fleece**

Blended Light Cotton Fleece fabric is naturally breathable, soft against your skin, and provides lightweight warmth

- breathable
- warm
- soft
- lightweight

read more

### Other Colors & Prints  (view all)

  

### Price History

| Tue 2/6/2018 @ 1:05 pm | $118.00 |
|---|---|

**0 comments**    Sort by  Oldest ⇕

Add a comment…

f Facebook Comments Plugin

COLLECTIONS    WOMENS    MENS    MORE



Size 4
Buy it Now
**$39.99**

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now
**$99.00**

NWT LULULEMON Scuba Hoodie Full Zip Pink Haze Gold Zipper Size 6 8 10 12 14 $138
Buy it Now
**$99.00**

NWT LULULEMON Scuba Hoodie Full Zip Dark Forest Green Size 6 8 10 12 $138 Retail
Buy it Now
**$79.00**

Lululemon Scuba Full Zip Hoodie Size 6 Purple LW4AWM
Buy it Now
**$39.95**

NWT LULULEMON Scuba Hoodie Full Zip Garnet Maroon Size 2 4 6 8 10 12 $138 Retail
Buy it Now
**$79.00**

Lululemon Scuba Oversized Half-Zip Hoodie Size M/L Color Dusty Lilac
Buy it Now
**$89.00**

Lululemon Scuba Full-Zip Hoodie Women 4 Soft Light Purple Casual Travel School
Buy it Now
**$25.00**

Lululemon Scuba Oversized Full-Zip Hoodie Womens M/L Red Rock Casual Activewear
Buy it Now
**$49.95**

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
Buy it Now
**$55.00**

Lululemon Scuba Hoodie Plush Heathered Iris Purple Full Zip Sweatshirt Size 8
Buy it Now
**$35.19**

NWT LULULEMON Scuba Hoodie Full Zip Heathered Light Grey Size 2 4 6 8 10 12 $138
Buy it Now
**$99.00**

Pre-owned Lululemon Scuba Oversized Full-Zip Hoodie Velvet Dust M/L
Buy it Now
**$50.00**

Lululemon Women's Scuba Full-Zip Hoodie *Plush Plum Gold Zipper Size 4
Buy it Now
**$49.00**

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

**Page Vault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie Light Cotton Fleece - Mystic Green - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/29970/lululemon-scuba-hoodie-light-cotton-fleece-mystic-green |
| Page loaded at (UTC): | Wed, 05 Nov 2025 17:22:56 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 17:27:12 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | 8DWqHAgGEeT8y3P7d1xLWr |
| Display Name: | awhite |

PDF REFERENCE #:    wYkU85ahR6o7WivYMCnMnp




○ ○ ● ○

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤️

 Lululemon Scuba Oversized Full Zip Hoodie Pride Dark Mystic Size XS/S
Buy it Now — **$54.89**

 Lululemon Scuba Hoodie III Marled Black Grape Purple Full Zip Sweatshirt Size 6
Buy it Now — **$42.00**

 Lululemon Womens Scuba Hoodie Pink Full Zip *read For Sizing*
Buy it Now — **$44.00**

 NWT Size XL/XXL Lululemon Scuba Oversized Full Zip Hoodie Pride DKMY Dark Mystic
Buy it Now — **$150.00**

 Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now — **$44.25**

 Lululemon Long Scuba Hoodie Rollin' With My Omies Jacket Sweatshirt Back Zip 6
Buy it Now — **$45.00**

 Lululemon Electric Turquoise Full Zip-Up Activewear Scuba Hoodie Women's Size 4
Buy it Now — **$39.99**

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now — **$99.00**

NWT LULULEMON Scuba Hoodie Full Zip Pink Hue Gold Zipper Size 2 8 10 12

# Lululemon Scuba Hoodie Light Cotton Fleece

Mystic Green

| | | | |
|---|---|---|---|
| 📅 Release Date: **2/2018** | | 🔍 Style Number: **W4ADBS** | |
| 💰 Original Price: **$118** | | 🏷️ Material: **Cotton Fleece** | |

| ADD TO | My Closet ⌄ | ➕ |
|---|---|---|

Our signature hoodie is the perfect pre- and post-training layer. Made with Blended Light Cotton Fleece fabric, it's lightweight, warm, and just as comfortable as your favourite sweatshirt—but gives you a put-together look.

**light cotton fleece**

Blended Light Cotton Fleece fabric is naturally breathable, soft against your skin, and provides lightweight warmth

- breathable
- warm
- soft
- lightweight

read more

**Other Colors & Prints**  (view all)

‹        ›

**Price History**

| Tue 2/6/2018 @ 1:05 pm | $118.00 |
|---|---|

**0 comments**          Sort by  Oldest ⇕

Add a comment...

f Facebook Comments Plugin



Size 4
Buy it Now — $39.99

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now — $99.00

NWT LULULEMON Scuba Hoodie Full Zip Pink Haze Gold Zipper Size 6 8 10 12 14 $138
Buy it Now — $99.00

NWT LULULEMON Scuba Hoodie Full Zip Dark Forest Green Size 6 8 10 12 $138 Retail
Buy it Now — $79.00

Lululemon Scuba Full Zip Hoodie Size 6 Purple LW4AWM
Buy it Now — $39.95

NWT LULULEMON Scuba Hoodie Full Zip Garnet Maroon Size 2 4 6 8 10 12 $138 Retail
Buy it Now — $79.00

Lululemon Scuba Oversized Half-Zip Hoodie Size M/L Color Dusty Lilac
Buy it Now — $89.00

Lululemon Scuba Full-Zip Hoodie Women 4 Soft Light Purple Casual Travel School
Buy it Now — $25.00

Lululemon Scuba Oversized Full-Zip Hoodie Womens M/L Red Rock Casual Activewear
Buy it Now — $49.95

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
Buy it Now — $55.00

Lululemon Scuba Hoodie Plush Heathered Iris Purple Full Zip Sweatshirt Size 8
Buy it Now — $35.19

NWT LULULEMON Scuba Hoodie Full Zip Heathered Light Grey Size 2 4 6 8 10 12 $138
Buy it Now — $99.00

Pre-owned Lululemon Scuba Oversized Full-Zip Hoodie Velvet Dust M/L
Buy it Now — $50.00

Lululemon Women's Scuba Full-Zip Hoodie *Plush Plum Gold Zipper Size 4
Buy it Now — $49.00

Document title: Lululemon Scuba Hoodie Light Cotton Fleece - Mystic Green - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/29970/lululemon-scuba-hoodie-light-cotton-fleece-mystic-green
Capture timestamp (UTC): Wed, 05 Nov 2025 17:27:12 GMT

PageVault

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie Light Cotton Fleece - Mystic Green - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/29970/lululemon-scuba-hoodie-light-cotton-fleece-mystic-green |
| Page loaded at (UTC): | Wed, 05 Nov 2025 17:22:56 GMT |
| Capture timestamp (UTC): | Wed, 05 Nov 2025 17:27:53 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | wmFFaLbpMHHZFovJTXfum9 |
| Display Name: | awhite |

PDF REFERENCE #:        p5FPoRcodnFbYmCpwnHR28



COLLECTIONS    WOMENS    MENS    MORE    lulu fanatics

  

‹    ›

● ● ● ●

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤


Lululemon Scuba Oversized Full Zip Hoodie Pride Dark Mystic Size XS/S
Buy it Now
**$54.89**


Lululemon Scuba Hoodie III Marled Black Grape Purple Full Zip Sweatshirt Size 6
Buy it Now
**$42.00**


Lululemon Womens Scuba Hoodie Pink Full Zip *read For Sizing*
Buy it Now
**$44.00**


NWT Size XL/XXL Lululemon Scuba Oversized Full Zip Hoodie Pride DKMY Dark Mystic
Buy it Now
**$150.00**


Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now
**$44.25**


Lululemon Long Scuba Hoodie Rollin' With My Omies Jacket Sweatshirt Back Zip 6
Buy it Now
**$45.00**


Lululemon Electric Turquoise Full Zip-Up Activewear Scuba Hoodie Women's Size 4
Buy it Now
**$39.99**


NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now
**$99.00**

# Lululemon Scuba Hoodie Light Cotton Fleece

Mystic Green

Release Date: **2/2018**    Style Number: **W4ADBS**

Original Price: **$118**    Material: **Cotton Fleece**

| ADD TO | My Closet ⌄ | + |

Our signature hoodie is the perfect pre- and post-training layer. Made with Blended Light Cotton Fleece fabric, it's lightweight, warm, and just as comfortable as your favourite sweatshirt—but gives you a put-together look.

**light cotton fleece**

Blended Light Cotton Fleece fabric is naturally breathable, soft against your skin, and provides lightweight warmth

- breathable
- warm
- soft
- lightweight

read more

## Other Colors & Prints  (view all)

  

‹    ›

### Price History

| Tue 2/6/2018 @ 1:05 pm | $118.00 |

**0 comments**    Sort by  [Oldest ⇕]

Add a comment...

Facebook Comments Plugin



Size 4
$39.99
Buy it Now

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
$99.00
Buy it Now

NWT LULULEMON Scuba Hoodie Full Zip Pink Haze Gold Zipper Size 6 8 10 12 14 $138
$99.00
Buy it Now

NWT LULULEMON Scuba Hoodie Full Zip Dark Forest Green Size 6 8 10 12 $138 Retail
$79.00
Buy it Now

Lululemon Scuba Full Zip Hoodie Size 6 Purple LW4AWM
$39.95
Buy it Now

NWT LULULEMON Scuba Hoodie Full Zip Garnet Maroon Size 2 4 6 8 10 12 $138 Retail
$79.00
Buy it Now

Lululemon Scuba Oversized Half-Zip Hoodie Size M/L Color Dusty Lilac
$89.00
Buy it Now

Lululemon Scuba Full-Zip Hoodie Women 4 Soft Light Purple Casual Travel School
$25.00
Buy it Now

Lululemon Scuba Oversized Full-Zip Hoodie Womens M/L Red Rock Casual Activewear
$49.95
Buy it Now

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
$55.00
Buy it Now

Lululemon Scuba Hoodie Plush Heathered Iris Purple Full Zip Sweatshirt Size 8
$35.19
Buy it Now

NWT LULULEMON Scuba Hoodie Full Zip Heathered Light Grey Size 2 4 6 8 10 12 $138
$99.00
Buy it Now

Pre-owned Lululemon Scuba Oversized Full-Zip Hoodie Velvet Dust M/L
$50.00
Buy it Now

Lululemon Women's Scuba Full-Zip Hoodie *Plush Plum Gold Zipper Size 4
$49.00
Buy it Now

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

Document title: Lululemon Scuba Hoodie Light Cotton Fleece - Mystic Green - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/29970/lululemon-scuba-hoodie-light-cotton-fleece-mystic-green
Capture timestamp (UTC): Wed, 05 Nov 2025 17:27:53 GMT