# EXHIBIT 9

**PageVault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon |
| Page loaded at (UTC): | Fri, 24 Oct 2025 20:53:58 GMT |
| Capture timestamp (UTC): | Fri, 24 Oct 2025 20:55:08 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | gcSFpZXMDSuvt2Qk1A2JED |
| Display Name: | awhite |




● ○ ○ ○ ○ ○

### Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤

 Lululemon Scuba Hoodie II Women's 10 Stained Glass Love Nightfall Black
Buy it Now — **$39.99**

 Lululemon Women's Size 8 Scuba Hoodie Limited Edition Love Every Moment Brown
Buy it Now — **$39.95**

 Lululemon Scuba Hoodie Womens 4 Scuba Hoodie Stretch Love Thumbholes Sweatshirt
Buy it Now — **$40.33**

 Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now — **$59.00**

 Lululemon Scuba Oversized Half-zip Hoodie Black Size M/L
Buy it Now — **$13.99**

 RARE Lululemon Scuba Half Zip Hoodie – Black/Gold (S/M, HK IMPORT)
Buy it Now — **$99.99**

 New Lululemon Women's Scuba Oversized Side-Slit Hoodie M/L Heathered Gray
Buy it Now — **$99.00**

 NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now — **$99.00**

# Lululemon Scuba Hoodie *Light Cotton Fleece

Heathered Honey Lemon

|  |  |
|---|---|
| Release Date: **4/2019** | Style Number: **W4AWNS** |
| Original Price: **$118** | Material: **Cotton Fleece** |

**ADD TO**    My Closet ∨    **+**

Our signature hoodie is the perfect pre- and post-training layer. It's breathable, warm, and comfortable like a sweatshirt with a put-together look.

**blended cotton fleece**

Blended Cotton Fleece fabric
- naturally breathable
- soft against your skin
- provides warmth

**features**
- **Designed for:** Office Travel Commute
- **Mobility :** Ribbed side panels let you twist and turn

read more

**Other Colors & Prints** (view all)

  

**Price History**



| Tue 4/9/2019 @ 12:04 pm | $118.00 |
|---|---|
| Thu 6/6/2019 @ 4:31 am | $89.00 |

**0 comments**    Sort by    Oldest ⇵

Add a comment...

f Facebook Comments Plugin

---

Document title: Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon
Capture timestamp (UTC): Fri, 24 Oct 2025 20:55:08 GMT



| | | |
|---|---|---|
| Gray<br>Buy it Now | | $99.00 |
| NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138<br>Buy it Now | | $99.00 |
| NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold 2/4/6/8<br>Auction: 3 hours left | | $69.99 |
| NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Taupe 2/4/6/8<br>Auction: 3 hours left | | $69.99 |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI 2/4/6/8<br>Auction: 3 hours left | | $59.99 |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue 2/4/6/8<br>Auction: 3 hours left | | $59.99 |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black 2/4/6/8<br>Auction: 3 hours left | | $59.99 |
| Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose Blush<br>Buy it Now | | $110.00 |
| Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray<br>Buy it Now | | $48.50 |
| Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush Full Zip<br>Buy it Now | | $22.99 |
| NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 6/8/10<br>Auction: 3 hours left | | $69.99 |
| NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE 6/8/10<br>Auction: 3 hours left | | $59.99 |
| Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.<br>Buy it Now | | $55.00 |
| NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 2/4/6/8<br>Auction: 3 hours left | | $69.99 |

Add a comment...

Facebook Comments Plugin

**PageVault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon |
| Page loaded at (UTC): | Fri, 24 Oct 2025 20:53:58 GMT |
| Capture timestamp (UTC): | Fri, 24 Oct 2025 20:56:16 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | 26itFzruCr7vxxjQnQTDyS |
| Display Name: | awhite |

PDF REFERENCE #:    7t9SBNej1kfWRjTHiMwLP3



● ● ● ● ● ●

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤️

| | | |
|---|---|---|
| | Lululemon Scuba Hoodie II Women's 10 Stained Glass Love Nightfall Black<br>Buy it Now | **$39.99** |
| | Lululemon Women's Size 8 Scuba Hoodie Limited Edition Love Every Moment Brown<br>Buy it Now | **$39.95** |
| | Lululemon Scuba Hoodie Womens 4 Scuba Hoodie Stretch Love Thumbholes Sweatshirt<br>Buy it Now | **$40.33** |
| | Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6<br>Buy it Now | **$59.00** |
| | Lululemon Scuba Oversized Half-zip Hoodie Black Size M/L<br>Buy it Now | **$13.99** |
| | RARE Lululemon Scuba Half Zip Hoodie – Black/Gold (S/M, HK IMPORT)<br>Buy it Now | **$99.99** |
| | New Lululemon Women's Scuba Oversized Side-Slit Hoodie M/L Heathered Gray<br>Buy it Now | **$99.00** |
| | NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138<br>Buy it Now | **$99.00** |

# Lululemon Scuba Hoodie *Light Cotton Fleece

Heathered Honey Lemon

| | | | |
|---|---|---|---|
| 📅 | Release Date: **4/2019** | 🔍 | Style Number: **W4AWNS** |
| 💰 | Original Price: **$118** | 🏷️ | Material: **Cotton Fleece** |

| ADD TO | My Closet ⌄ | + |
|---|---|---|

Our signature hoodie is the perfect pre- and post-training layer. It's breathable, warm, and comfortable like a sweatshirt with a put-together look.

**blended cotton fleece**

Blended Cotton Fleece fabric
- naturally breathable
- soft against your skin
- provides warmth

**features**
- **Designed for:** Office Travel Commute
- **Mobility :** Ribbed side panels let you twist and turn

read more

## Other Colors & Prints  (view all)



## Price History



| Tue 4/9/2019 @ 12:04 pm | $118.00 |
|---|---|
| Thu 6/6/2019 @ 4:31 am | $89.00 |

## 0 comments

Sort by  Oldest �div

Add a comment...

f  Facebook Comments Plugin

Add a comment...

Facebook Comments Plugin

Gray
Buy it Now                                                                    $99.00

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12
$138
Buy it Now                                                                    $99.00

NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold
2/4/6/8
Auction: 3 hours left                                                        $69.99

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt
Taupe 2/4/6/8
Auction: 3 hours left                                                        $69.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI
2/4/6/8
Auction: 3 hours left                                                        $59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue
2/4/6/8
Auction: 3 hours left                                                        $59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black
2/4/6/8
Auction: 3 hours left                                                        $59.99

Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose
Blush
Buy it Now                                                                    $110.00

Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray
Buy it Now                                                                    $48.50

Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush
Full Zip
Buy it Now                                                                    $22.99

NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green
6/8/10
Auction: 3 hours left                                                        $69.99

NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE
6/8/10
Auction: 3 hours left                                                        $59.99

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather
Excellent Con.
Buy it Now                                                                    $55.00

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt
Green 2/4/6/8
Auction: 3 hours left                                                        $69.99

**PageVault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon |
| Page loaded at (UTC): | Fri, 24 Oct 2025 20:53:58 GMT |
| Capture timestamp (UTC): | Fri, 24 Oct 2025 20:56:44 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | pvCTro3TwkYiUS7KBoExR4 |
| Display Name: | awhite |

PDF REFERENCE #:    2TNLQUGfwnNNEq4YvVoihc

COLLECTIONS    WOMENS    MENS    MORE     lulu fanatics    search...



## Lululemon Scuba Hoodie *Light Cotton Fleece
Heathered Honey Lemon

📅 Release Date: **4/2019**     🔍 Style Number: **W4AWNS**

💰 Original Price: **$118**     🏷️ Material: **Cotton Fleece**

| ADD TO | My Closet ⌄ | + |

Our signature hoodie is the perfect pre- and post-training layer. It's breathable, warm, and comfortable like a sweatshirt with a put-together look.

**blended cotton fleece**

Blended Cotton Fleece fabric
- naturally breathable
- soft against your skin
- provides warmth

**features**
- **Designed for:** Office Travel Commute
- **Mobility :** Ribbed side panels let you twist and turn

read more

### Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤️

 Lululemon Scuba Hoodie II Women's 10 Stained Glass Love Nightfall Black
Buy it Now     **$39.99**

Lululemon Women's Size 8 Scuba Hoodie Limited Edition Love Every Moment Brown
Buy it Now     **$39.95**

Lululemon Scuba Hoodie Womens 4 Scuba Hoodie Stretch Love Thumbholes Sweatshirt
Buy it Now     **$40.33**

Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now     **$59.00**

Lululemon Scuba Oversized Half-zip Hoodie Black Size M/L
Buy it Now     **$13.99**

RARE Lululemon Scuba Half Zip Hoodie – Black/Gold (S/M, HK IMPORT)
Buy it Now     **$99.99**

New Lululemon Women's Scuba Oversized Side-Slit Hoodie M/L Heathered Gray
Buy it Now     **$99.00**

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now     **$99.00**

**Other Colors & Prints**  (view all)

  

### Price History



| Tue 4/9/2019 @ 12:04 pm | $118.00 |
| Thu 6/6/2019 @ 4:31 am | $89.00 |

**0 comments**     Sort by     Oldest ⇕

Add a comment...

f Facebook Comments Plugin



COLLECTIONS    WOMENS    MENS    MORE          lulu fanatics          Search...

Add a comment...

Facebook Comments Plugin

Gray
Buy it Now
$99.00

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now
$99.00

NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold 2/4/6/8
Auction: 3 hours left
$69.99

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Taupe 2/4/6/8
Auction: 3 hours left
$69.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI 2/4/6/8
Auction: 3 hours left
$59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue 2/4/6/8
Auction: 3 hours left
$59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black 2/4/6/8
Auction: 3 hours left
$59.99

Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose Blush
Buy it Now
$110.00

Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray
Buy it Now
$48.50

Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush Full Zip
Buy it Now
$22.99

NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 6/8/10
Auction: 3 hours left
$69.99

NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE 6/8/10
Auction: 3 hours left
$59.99

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
Buy it Now
$55.00

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 2/4/6/8
Auction: 3 hours left
$69.99

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

Document title: Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon
Capture timestamp (UTC): Fri, 24 Oct 2025 20:56:44 GMT

**PageVault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon |
| Page loaded at (UTC): | Fri, 24 Oct 2025 20:53:58 GMT |
| Capture timestamp (UTC): | Fri, 24 Oct 2025 20:58:56 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | 2Qthb5knPomjvJSDBUcUEc |
| Display Name: | awhite |



COLLECTIONS    WOMENS    MENS    MORE    lulu fanatics    Search...





● ● ● ● ● ● ●

### Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ♥



Lululemon Scuba Hoodie II Women's 10 Stained Glass Love Nightfall Black
Buy it Now
**$39.99**



Lululemon Women's Size 8 Scuba Hoodie Limited Edition Love Every Moment Brown
Buy it Now
**$39.95**



Lululemon Scuba Hoodie Womens 4 Scuba Hoodie Stretch Love Thumbholes Sweatshirt
Buy it Now
**$40.33**



Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6
Buy it Now
**$59.00**



Lululemon Scuba Oversized Half-zip Hoodie Black Size M/L
Buy it Now
**$13.99**



RARE Lululemon Scuba Half Zip Hoodie – Black/Gold (S/M, HK IMPORT)
Buy it Now
**$99.99**



New Lululemon Women's Scuba Oversized Side-Slit Hoodie M/L Heathered Gray
Buy it Now
**$99.00**



NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
Buy it Now
**$99.00**

# Lululemon Scuba Hoodie *Light Cotton Fleece

Heathered Honey Lemon

| | |
|---|---|
| Release Date: **4/2019** | Style Number: **W4AWNS** |
| Original Price: **$118** | Material: **Cotton Fleece** |

**ADD TO**    My Closet ⌄    **+**

Our signature hoodie is the perfect pre- and post-training layer. It's breathable, warm, and comfortable like a sweatshirt with a put-together look.

**blended cotton fleece**

Blended Cotton Fleece fabric
- naturally breathable
- soft against your skin
- provides warmth

**features**
- **Designed for:** Office Travel Commute
- **Mobility** : Ribbed side panels let you twist and turn

read more

### Other Colors & Prints  (view all)

  

### Price History



| | |
|---|---|
| Tue 4/9/2019 @ 12:04 pm | $118.00 |
| Thu 6/6/2019 @ 4:31 am | $89.00 |

**0 comments**    Sort by    Oldest ⇅

Add a comment...

f  Facebook Comments Plugin



COLLECTIONS    WOMENS    MENS    MORE    lulu fanatics    Search...

Gray
Buy it Now    $99.00

NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12
$138
Buy it Now    $99.00

NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold
2/4/6/8
Auction: 3 hours left    $69.99

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt
Taupe 2/4/6/8
Auction: 3 hours left    $69.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI
2/4/6/8
Auction: 3 hours left    $59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue
2/4/6/8
Auction: 3 hours left    $59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black
2/4/6/8
Auction: 3 hours left    $59.99

Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose
Blush
Buy it Now    $110.00

Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray
Buy it Now    $48.50

Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush
Full Zip
Buy it Now    $22.99

NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green
6/8/10
Auction: 3 hours left    $69.99

NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE
6/8/10
Auction: 3 hours left    $59.99

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather
Excellent Con.
Buy it Now    $55.00

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt
Green 2/4/6/8
Auction: 3 hours left    $69.99

Add a comment...

Facebook Comments Plugin

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

Document title: Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon
Capture timestamp (UTC): Fri, 24 Oct 2025 20:58:56 GMT

Page 2 of 2

**PageVault**

| | |
|---|---|
| Document title: | Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics |
| Capture URL: | https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon |
| Page loaded at (UTC): | Fri, 24 Oct 2025 20:53:58 GMT |
| Capture timestamp (UTC): | Fri, 24 Oct 2025 20:59:37 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 4 |
| Capture ID: | dZX2RQcZrBpERCXSn2ZnHp |
| Display Name: | awhite |

PDF REFERENCE #:     mh3WBEJUJH5kYwbq22QQCd



COLLECTIONS   WOMENS   MENS   MORE   lulu fanatics



● ● ● ● ● ●

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ❤

| | | |
|---|---|---|
| Lululemon Scuba Hoodie II Women's 10 Stained Glass Love Nightfall Black<br>Buy it Now | **$39.99** | |
| Lululemon Women's Size 8 Scuba Hoodie Limited Edition Love Every Moment Brown<br>Buy it Now | **$39.95** | |
| Lululemon Scuba Hoodie Womens 4 Scuba Hoodie Stretch Love Thumbholes Sweatshirt<br>Buy it Now | **$40.33** | |
| Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6<br>Buy it Now | **$59.00** | |
| Lululemon Scuba Oversized Half-zip Hoodie Black Size M/L<br>Buy it Now | **$13.99** | |
| RARE Lululemon Scuba Half Zip Hoodie – Black/Gold (S/M, HK IMPORT)<br>Buy it Now | **$99.99** | |
| New Lululemon Women's Scuba Oversized Side-Slit Hoodie M/L Heathered Gray<br>Buy it Now | **$99.00** | |
| NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138<br>Buy it Now | **$99.00** | |

# Lululemon Scuba Hoodie *Light Cotton Fleece

Heathered Honey Lemon

| | | | |
|---|---|---|---|
| 📅 | Release Date: **4/2019** | 🔍 | Style Number: **W4AWNS** |
| 💰 | Original Price: **$118** | 🔋 | Material: **Cotton Fleece** |

| ADD TO | My Closet ⌄ | ➕ |
|---|---|---|

Our signature hoodie is the perfect pre- and post-training layer. It's breathable, warm, and comfortable like a sweatshirt with a put-together look.

**blended cotton fleece**

Blended Cotton Fleece fabric
- naturally breathable
- soft against your skin
- provides warmth

**features**
- **Designed for**: Office Travel Commute
- **Mobility** : Ribbed side panels let you twist and turn
- **Media pocket**: Lets you keep your tunes on hand
- **Thumbholes**: Help keep your sleeves in place and hands warm
- **Emergency hair tie**: Elastic zipper pull doubles as an emergency hair tie
- **Relaxed fit, hip length**: Layers easily and gives you room to breathe

## Other Colors & Prints  (view all)

  

❮      ❯

## Price History

Price chart showing values from $120 down to about $90 across Apr 7, 2019 to Jun 9, 2019.

| | |
|---|---|
| Tue 4/9/2019 @ 12:04 pm | $118.00 |
| Thu 6/6/2019 @ 4:31 am | $89.00 |

**0 comments**   Sort by   Oldest ⇕

Add a comment…

Document title: Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon
Capture timestamp (UTC): Fri, 24 Oct 2025 20:59:37 GMT



COLLECTIONS    WOMENS    MENS    MORE    lulu fanatics    Search...



NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138
**Buy it Now**

**$99.00**

Add a comment...



NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold 2/4/6/8
Auction: 3 hours left

**$69.99**

Facebook Comments Plugin



NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Taupe 2/4/6/8
Auction: 3 hours left

**$69.99**



NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI 2/4/6/8
Auction: 3 hours left

**$59.99**



NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue 2/4/6/8
Auction: 3 hours left

**$59.99**



NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black 2/4/6/8
Auction: 3 hours left

**$59.99**



Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose Blush
**Buy it Now**

**$110.00**



Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray
**Buy it Now**

**$48.50**



Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush Full Zip
**Buy it Now**

**$22.99**



NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 6/8/10
Auction: 3 hours left

**$69.99**



NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE 6/8/10
Auction: 3 hours left

**$59.99**



Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
**Buy it Now**

**$55.00**

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 2/4/6/8
Auction: 3 hours left

**$69.99**

COLLECTIONS    WOMENS    MENS    MORE

lulu fanatics

Search...



Buy it Now

NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold 2/4/6/8
Auction: 3 hours left                                    $69.99

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Taupe 2/4/6/8
Auction: 3 hours left                                    $69.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI 2/4/6/8
Auction: 3 hours left                                    $59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue 2/4/6/8
Auction: 3 hours left                                    $59.99

NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black 2/4/6/8
Auction: 3 hours left                                    $59.99

Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose Blush
Buy it Now                                               $110.00

Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray
Buy it Now                                               $48.50

Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush Full Zip
Buy it Now                                               $22.99

NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 6/8/10
Auction: 3 hours left                                    $69.99

NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE 6/8/10
Auction: 3 hours left                                    $59.99

Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.
Buy it Now                                               $55.00

NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 2/4/6/8
Auction: 3 hours left                                    $69.99

Add a comment...

Facebook Comments Plugin

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

Document title: Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics
Capture URL: https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon
Capture timestamp (UTC): Fri, 24 Oct 2025 20:59:37 GMT

**PageVault**

Document title:          Lululemon Scuba Hoodie *Light Cotton Fleece - Heathered Honey Lemon - lulu fanatics

Capture URL:             https://www.lulufanatics.com/item/46199/lululemon-scuba-hoodie-light-cotton-fleece-heathered-honey-lemon

Page loaded at (UTC):    Fri, 24 Oct 2025 20:53:58 GMT

Capture timestamp (UTC): Fri, 24 Oct 2025 21:00:09 GMT

Capture tool:            10.66.1

Collection server IP:    54.145.42.72

Browser engine:          Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36

Operating system:        Linux (Node 22.19.0)

PDF length:              4

Capture ID:              mBRFLp4qngtiC21EGut58W

Display Name:            awhite

PDF REFERENCE #:    mex7kru8Fp8GaHN7UaNVtw



● ● ● ● ● ●

## Want one? We found these on eBay for you!

As an eBay Partner, I may be compensated if you make a purchase. **Thanks for your support!** ♥

| | | |
|---|---|---|
| Lululemon Scuba Hoodie II Women's 10 Stained Glass Love Nightfall Black<br>Buy it Now | | $39.99 |
| Lululemon Women's Size 8 Scuba Hoodie Limited Edition Love Every Moment Brown<br>Buy it Now | | $39.95 |
| Lululemon Scuba Hoodie Womens 4 Scuba Hoodie Stretch Love Thumbholes Sweatshirt<br>Buy it Now | | $40.33 |
| Lululemon Scuba Full-Zip Hoodie Mulled Wine / Gold Size 6<br>Buy it Now | | $59.00 |
| Lululemon Scuba Oversized Half-zip Hoodie Black Size M/L<br>Buy it Now | | $13.99 |
| RARE Lululemon Scuba Half Zip Hoodie – Black/Gold (S/M, HK IMPORT)<br>Buy it Now | | $99.99 |
| New Lululemon Women's Scuba Oversized Side-Slit Hoodie M/L Heathered Gray<br>Buy it Now | | $99.00 |
| NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138<br>Buy it Now | | $99.00 |

# Lululemon Scuba Hoodie *Light Cotton Fleece

Heathered Honey Lemon

| 🗓 Release Date: **4/2019** | 🔍 Style Number: **W4AWNS** |
|---|---|
| 💰 Original Price: **$118** | 🔋 Material: **Cotton Fleece** |

| ADD TO | My Closet ⌄ | ＋ |
|---|---|---|

Our signature hoodie is the perfect pre- and post-training layer. It's breathable, warm, and comfortable like a sweatshirt with a put-together look.

**blended cotton fleece**
Blended Cotton Fleece fabric
- naturally breathable
- soft against your skin
- provides warmth

**features**
- **Designed for**: Office Travel Commute
- **Mobility** : Ribbed side panels let you twist and turn
- **Media pocket**: Lets you keep your tunes on hand
- **Thumbholes**: Help keep your sleeves in place and hands warm
- **Emergency hair tie**: Elastic zipper pull doubles as an emergency hair tie
- **Relaxed fit, hip length**: Layers easily and gives you room to breathe

## Other Colors & Prints  (view all)

 

## Price History



| Tue 4/9/2019 @ 12:04 pm | $118.00 |
|---|---|
| Thu 6/6/2019 @ 4:31 am | $89.00 |

**0 comments**    Sort by    Oldest ⇕

Add a comment...



| | | |
|---|---|---|
| NWT LULULEMON Scuba Hoodie Full Zip Black Gold Zipper Size 2 4 6 8 10 12 $138 <br> **Buy it Now** | | $99.00 |
| NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold 2/4/6/8 <br> Auction: 3 hours left | | $69.99 |
| NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Taupe 2/4/6/8 <br> Auction: 3 hours left | | $69.99 |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI 2/4/6/8 <br> Auction: 3 hours left | | $59.99 |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue 2/4/6/8 <br> Auction: 3 hours left | | $59.99 |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black 2/4/6/8 <br> Auction: 3 hours left | | $59.99 |
| Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose Blush <br> **Buy it Now** | | $110.00 |
| Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray <br> **Buy it Now** | | $48.50 |
| Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush Full Zip <br> **Buy it Now** | | $22.99 |
| NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 6/8/10 <br> Auction: 3 hours left | | $69.99 |
| NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE 6/8/10 <br> Auction: 3 hours left | | $59.99 |
| Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con. <br> **Buy it Now** | | $55.00 |
| NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 2/4/6/8 <br> Auction: 3 hours left | | $69.99 |

Add a comment...

f Facebook Comments Plugin

Buy it Now



| | | |
|---|---|---|
| NWT Lululemon XS/S Scuba Oversized Full Zip Hoodie Sweatshirt Teal/Gold 2/4/6/8<br>Auction: 3 hours left | $69.99 | |
| NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Taupe 2/4/6/8<br>Auction: 3 hours left | $69.99 | |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HRLI 2/4/6/8<br>Auction: 3 hours left | $59.99 | |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt HWIB Blue 2/4/6/8<br>Auction: 3 hours left | $59.99 | |
| NWT Lululemon XS/S Scuba Oversized Side Slit Hoodie Sweatshirt BLK Black 2/4/6/8<br>Auction: 3 hours left | $59.99 | |
| Lululemon Scuba Oversized Side-Split Pullover/Hoodie Size XS/S NWT Rose Blush<br>Buy it Now | $110.00 | |
| Lululemon Scuba Oversized Side-Slit Hoodie- 1st Edition-Size M/L- Gray<br>Buy it Now | $48.50 | |
| Lululemon Jacket Womens Sz 4 Scuba Hoodie Stained Glass Neutral Blush Full Zip<br>Buy it Now | $22.99 | |
| NWT Lululemon M/L Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 6/8/10<br>Auction: 3 hours left | $69.99 | |
| NWT Lululemon Size M/L Scuba Oversized Side Slit Hoodie Sweatshirt BONE 6/8/10<br>Auction: 3 hours left | $59.99 | |
| Lululemon Scuba Oversized Half-Zip Hoodie M/L Light Grey Heather Excellent Con.<br>Buy it Now | $55.00 | |
| NWT Lululemon XS/S Scuba Oversized Half Zip Long Hoodie Sweatshirt Green 2/4/6/8<br>Auction: 3 hours left | $69.99 | |

© 2025 Lulu Fanatics | Privacy Policy | Terms of Service

Add a comment...

Facebook Comments Plugin