# EXHIBIT 10

**PageVault**

| | |
|---|---|
| Document title: | Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019 |
| Capture URL: | https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html |
| Page loaded at (UTC): | Thu, 06 Nov 2025 20:22:35 GMT |
| Capture timestamp (UTC): | Thu, 06 Nov 2025 20:22:39 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 35.175.251.107 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 25 |
| Capture ID: | wh2Ezg3gHDAqvc9CWuMSg2 |
| Display Name: | awhite |

PDF REFERENCE #:    oTMWHnxzMB2RkY6uYWzBQ3

Home » blog-backup » Highlights from Lululemon 2019

Activewear ◇ Lululemon ◇ Uncategorized ◇ Upload

# HIGHLIGHTS FROM LULULEMON 2019

written by Cristina    |    December 30, 2019



I'm back! **Back with Highlights from Lululemon 2019**. Thanks so much for bearing with me while I took a little unplanned holiday break. I just intuitively took the last week and a half off to be in the moment with my family so I didn't get a chance to announce it or make a plan of it.

## How Where Your Holidays?

My family did Christmas slightly different this year. Both Christmas Eve and Christmas Dinner was at our house for the first time, with 35 guests!!! That took a lot of mental energy. We eliminated some favourite extended family traditions (which we LOVED dearly), because they created a lot of hectic stress running around from place to place. This was a really great holiday and I loved all of the changes we made, even though making the

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT

## How Where Your Holidays?

My family did Christmas slightly different this year. Both Christmas Eve and Christmas Dinner was at our house for the first time, with 35 guests!!! That took a lot of mental energy. We eliminated some favourite extended family traditions (which we LOVED dearly), because they created a lot of hectic stress running around from place to place. This was a really great holiday and I loved all of the changes we made, even though making the decision to cut some traditions was hard to do. Hosting was a lot of fun despite the chaos. It took all of my mental energy but it was a very *bad-stress* free way to celebrate. I hope you guys all took good care of yourselves and each other this holiday and that it was peaceful for you and your loved ones. Thank you for the Christmas wishes in the comments!! Sorry I wasn't here to respond back.

I didn't get to a Boxing Day post but I will possibly add that after this post, separately, just so we can discuss. Boxing Day markdown items are still plentiful and many of you have received your orders already so we can share impressions with each other and help each other shop.

I'll have some more reflective, year-end posts coming as well.. stay tuned.

## Highlights from Lululemon 2019

This was a hard year to do a *Best Of Lululemon 2019* for, so instead I decided to do *Highlights From Lululemon 2019*, showing you the highlights from each month. Doing a *Best Of* post wasn't hard because the designs sucked, or because there was a lack of selection. In fact, the selection available was greater than ever. Just look at how many winter coats and jackets we have available right now!

It's because this was such a transitional year for Lululemon. GOOD! That was needed. It started with CEO Laurent Potdevin and creative director Lee Holman being exposed, and then immediately after came a period of transition and strife. The chaos of transition was never worse than the chaos of Laurent and Holman. True, there lacked an overall cohesiveness to this years designs, but It takes a while to regroup after a big restructuring. Thankfully Lululemon has stuck with their ethos of elegant functional style and they continued to do what they do best.

There where no standout obvious color or print stories, and no specific design focus that carried through the year. There where plenty of staple pieces, great colors and prints, they just didn't seem to have a common thread or a distinct vision that happens when there is consistent design leadership.

## What Did Lululemon Do in 2019?

The Lululemon Lab pieces where heavily represented on every upload, and there was a move towards a more non binary categorization of clothing. Slowly, little by little. My favourite aesthetic change has been their inclusion of various body sizes. What a year! Lululemon did not avoid the global themes of #METOO, body positivity and gender non conformity. These are very tough topics to align yourself with as a brand, but I believe Lululemon did this in a really clever way. Stating values little by little, without making absolute statements.

A change I did not like this year is the new lettered sizing. The Lululemon Self-Care line was a total bust for me, but I love that Lululemon US has a selection of curated beauty products from other brands. I wish the Canadian side had this as well. I've heard rumours that Lululemon is bringing their Asia Fit proportions to the North American market, probably by way of Petite/Tall designations.

This year as well as last year, Lululemon infused their designs with great collaborations. What I loved most this year where the brand partnerships. Robert Geller, Barry's Bootcamp, Soul Cycle, Francesca Hayward Royal Ballet Collection (Oct 2018) and my favourite one of all, and the biggest Lululemon Highlight of 2019 for me was the Lululemon X Roksanda Collection. I know that collection was very polarizing, it still excites me. I treasure the Roksanda x Lululemon pieces I purchased.

## So tell me, what where your Lululemon Highlights for

year where the brand partnerships. Robert Geller, Barry's Bootcamp, Soul Cycle, Francesca Hayward Royal Ballet Collection (Oct 2019) and my favourite of all I find the biggest Lululemon highlight of 2019 for me was the Lululemon X Roksanda Collection. I know that collection was very polarizing, it still is I believe. I treasure the Roksanda x Lululemon pieces I purchased.

# So tell me, what where your Lululemon Highlights for this year? What did you love, what did you hate?

## Lululemon 2019 Upload Highlights

**January 2019**



February 2019



Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



Azurite Poppy Coral Multi



Linear Flux Battleship

## March 2019

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



April 2019

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT





Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



**May 2019**



All Yours Boyfriend Tee Cloud Wash

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



All Yours Boyfriend Tee Cloud Wash



June 2019

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



Utopia Multi

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



Shadow Leaf Ivory

## July 2019



Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



August 2019

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT

**August 2019**



Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



## September 2019







Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



Glacier Camo

## October 2019



November 2019





Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



December 2019



A YEAR IN REVIEW

💬 7 comments     |     0 ♡  f 𝕏 ⓟ ⑥ 💌 ✉



**CRISTINA**

Cristina founded The Sweat Edit community in 2010, from her home in Vancouver, BC. She loves working out when she's not at work managing the website. Her favourite workouts include olympic weightlifting, crossfit, running, and spinning on her Peloton. Favourite Peloton Workouts: Power Zone Training with Denis Morton or Matt Wilpers. **Read about The Sweat Edit for more.**

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT



**CRISTINA**

Cristina founded **The Sweat Edit** community in 2010, from her home in Vancouver, BC. She loves working out when she's not at work managing the website. Her favourite workouts include olympic weightlifting, crossfit, running, and spinning on her Peloton. Favourite Peloton Workouts: Power Zone Training with Denis Morton or Matt Wilpers. **Read about The Sweat Edit for more.**

🌐 f 📷

---

previous post

**LULULEMON HOLIDAY UPLOAD**

next post

**THE LAST LULULEMON UPLOAD FOR 2019**

——— **YOU MAY ALSO LIKE** ———



**DAYDRIFT TROUSERS REVIEW & LATEST UPLOAD FROM THE...**

September 9, 2025



**WHERE I'VE BEEN, AND MY FALL FAVOURITES FROM...**

September 7, 2025



**MID-WINTER REFRESH: LULULEMON'S FEBRUARY PRODUCT DROPS AND WEB...**

February 25, 2025

● ○ ○ ○ ○ ○ ○ ○

——— **7 COMMENTS** ———



**LACEY**

REPLY

🕘 December 31, 2019 – 7:19 am

I might be one of the few that actually likes the lettered sizing. It makes more sense to me since I'm a street size 0 (or 25) but not a lulu size 0. I'm a lulu 2, but I have never purchased a 2 in any brand besides lulu. I am consistently an XXS, though.
My #1 purchase this year was the Scuba Plush in Night Diver. It's amazingly soft, and I love the pretty silver detailing that only this color way offered. Totally worth the $128–and that's saying a lot of someone who very rarely pays full price anymore.
Happy New Year to you!



**CRISTINA**

REPLY

🕘 January 1, 2020 – 1:24 pm

Happy New Year to you too!



**ANDIE**

REPLY

🕘 December 31, 2019 – 1:38 pm

My favorite collection was the Barry's Bootcamp Collaboration. I bought the embossed red 28"

---

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT

Happy New Year to you too!



**ANDIE**                                                                    REPLY

🕐 December 31, 2019 – 1:38 pm

My favorite collection was the Barry's Bootcamp Collaboration. I bought the embossed red 28"
leggings and love them.

My least favorite has been the androgynous Lululemon Lab clothing. I prefer feminine lines and cuts
so these items don't appeal to me at all.

Here's hoping that 2020 will bring some fresh designs with special details.



**ANONYMOUS**                                                                REPLY

🕐 December 31, 2019 – 3:12 pm

I hope you'll do a recap of your favorite purchases from 2019 🙂 Happy new year!



**CRISTINA**                                                                 REPLY

🕐 January 1, 2020 – 1:24 pm

Happy New Year to you! I will do a recap of favourite purchases.



**STACY**                                                                    REPLY

🕐 December 31, 2019 – 3:30 pm

My favorites this year have been the Plush Scubas. I have all the colors and wear them in a loop as
soon as it gets a little chilly. I love the embossed aligns from this year. I have the floral folk and one
other print. I like the black print on the black legging. It gives the aligns just a little bit extra luxe and I
get asked pretty regularly where I got them from. I love, love the newest sparkley manifesto print in
red. I bought the bra because I'm not sure I have the guts to rock the leggings, but I'm seriously
considering it. They are beautiful! Another fav I discovered this year are the Nulu Flow Y bras. They
are the best and they are so smooth under a tee.

I think my absolute favorite purchase has to be the Now and Always small tote that I bought in the
black manifesto print. As a long time Lulu lover, I couldn't resist getting the manifesto print. I love the
smaller size tote that I can wear crossbody. It's small enough that I don't have to dig endlessly to find
things. The leather details give it just a little extra over the other Lulu bags. I have used it non-stop
since I bought it in the Fall. I recently bought the camo version during Boxing Day. It's also so pretty
and a nice neutral. I'll be rotating it in soon!

I agree that this has been a year of transition. I've seen some hints here and there of the old Lulu
returning. I think we are starting to see the little details come back slowly– the stitched sayings on
the inside of the Cashlu Scuba, the silver piping on the Nightdiver Plush Scuba, the leather trim on
the purses, special edition versions of core favorites, just to name a few. I still think they need to cut
way back on the amount of new designs being released each month. Someone really needs to
examine the fact that there are 470+ items on WMTM right now, that are not flying off the shelves
even at the reduced prices. I would love to see the return of the color stories or even just new colors
released each month, instead 3 slight variations of the same colors at the same time. But, overall, we
ended the year in an upswing of designs and details, so I'm hopeful for 2020.

Thanks for all that you do, Cristina! I've been a longtime reader and I always look forward to your
thoughts on uploads, try-ons, collections and beauty.



**JENIFER**                                                                  REPLY

🕐 January 1, 2020 – 4:43 pm

Document title: Highlights from Lululemon 2019 - The Sweat Edit Best Of Lululemon 2019
Capture URL: https://thesweatedit.com/2019/12/highlights-from-lululemon-2019.html
Capture timestamp (UTC): Thu, 06 Nov 2025 20:22:39 GMT                                    Page 23 of 24

the inside of the Cashlu Scuba, the silver piping on the Nightdiver Plush Scuba, the leather trim on the pleats, special edition versions of old favorites, just to name a few. I still think they need to cut way back on the amount of new designs being released each month. Someone really needs to examine the fact that there are 470+ items on WMTM right now, that are not flying off the shelves even at the reduced prices. I would love to see the return of the color stories or even just new colors released each month, instead 3 slight variations of the same colors at the same time. But, overall, we ended the year in an upswing of designs and details, so I'm hopeful for 2020.

Thanks for all that you do, Cristina! I've been a longtime reader and I always look forward to your thoughts on uploads, try-ons, collections and beauty.

---



**JENIFER**                                                                 REPLY

January 1, 2020 – 4:43 pm

Last year was a big one for me in regards to how much Lululemon I purchased. I loved all of the floral and pink printed leggings that were released. I know many were feeling polarized with the florals they were churning out but I was honestly here for it with my wallet in hand. I also did purchase quite a bit on Poshmark (just basics).

Some fails for me though were the sherpa products. They where horrible. Every single sherpa product I purchased went right back. It shed horribly! By the end of the day I'd have fuzz in my eyes, on my face, and my clothing. Also, Lab didn't do anything for me. Everything was sooooo boring and overpriced.

I did become an avid reader of The Sweat Edit. I'd come back periodically before but now I'm even signed up for the email notifications! Haha.

I'd love to see more collaborations and attention to details!

Happy New Year Cristina!

---

────── **LEAVE A COMMENT** ──────

Your Comment

| Name* | Email* | Website |

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Sign me up for the newsletter!

**SUBMIT**

---