MORGAN, LEWIS & BOCKIUS LLP
Ali S. Razai, Bar No. 246,922
ali.razai@morganlewis.com
Brandon G. Smith, Bar No. 307,676
brandon.smith@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700

Brian O'Donnell (*pro hac vice*)
brian.odonnell@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Tel:   +1.312.324.1565
Fax:   +1.312.324.1001

John Hendershott (*pro hac vice*)
jack.hendershott@morganlewis.com
101 Park Avenue
New York, NY 10178-0060
Tel:   +1.212.309.6000
Fax:   +1.212.309.6001

Attorneys for Plaintiffs
LULULEMON ATHLETICA CANADA INC.
LULULEMON USA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC. AND LULULEMON USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant, <br><br> JACQUES MORET, INC., <br><br> Intervenor-Defendant/Counter-Claimant. | Case No. 2:25-cv-05864-FLA(AJRx) <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **PLAINTIFFS' NOTICE OF MOTION TO STRIKE SECOND AMENDED AFFIRMATIVE DEFENSES OF INTERVENOR-DEFENDANT JACQUES MORET, INC.** <br><br> DATE: FEBRUARY 20, 2026 <br> TIME: 1:30 PM <br> CTRM: 6B |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

NOTICE OF MOTION TO STRIKE SECOND
AMENDED AFFIRMATIVE DEFENSES OF MORET
2:25-cv-05864-FLA(AJRx)

## **NOTICE OF MOTION AND MOTION**

TO THE COURT, DEFENDANT COSTCO WHOLESALE CORPORATION AND INTERVENOR-DEFENDANT/COUNTER-CLAIMANT JACQUES MORET, INC., AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs lululemon athletica canada inc. and lululemon usa, inc. (collectively, "lululemon") move the Court to strike affirmative defenses in the Second Amended Answer, Affirmative Defenses, and Counterclaims of Intervenor-Defendant/Counter-claimant Jacques Moret, Inc. ("Moret") (Dkt. 71) and request to be heard on February 20, 2026, at 1:30 pm or as soon thereafter as the matter may be heard, before the Hon. Fernando L. Aenlle-Rocha in Courtroom 6B, 6th Floor at 350 W 1st Street, Los Angeles, California 90012-4565.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 16, 2026, wherein lululemon raised that it was contemplating filing the Motion because Moret's Second Amended Affirmative Defenses are either insufficient as a matter of law and/or are insufficiently pleaded. Moret indicated that it opposed the Motion.

This Motion is based on this Notice, the Memorandum in Support, the Declaration of Brian P. O'Donnell in Support, the Court's files in this action, the arguments of counsel, and any other matter that the Court may properly consider. For the reasons set forth in the accompanying Memorandum in Support, this Motion should be granted.

| | | |
|---|---|---|
| Dated: | January 23, 2026 | MORGAN, LEWIS & BOCKIUS LLP |

By  */s/ Ali S. Razai*
    Ali S. Razai
    Brandon G. Smith
    Brian O'Donnell
    Jack Hendershott

Attorneys for Plaintiffs
LULULEMON ATHLETICA CANADA, INC. AND LULULEMON USA, INC.