Thomas H. Vidal (State Bar No. 204432)
 *tvidal@pryorcashman.com*
PRYOR CASHMAN LLP
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 683-6900

Brad D. Rose (admitted *pro hac vice*)
 *brose@pryorcashman.com*
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100
*Attorneys For Defendant-Intervenor*
JACQUES MORET INC.
*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC. AND LULULEMON USA, INC., | Case No. 2:25-cv-05864-FLA(AJRx) Hon. Fernando L. Aenlle-Rocha |
| Plaintiffs, | **DECLARATION OF JEFFREY L. SNOW IN SUPPORT OF DEFENDANT INTERVENOR JACQUES MORET INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS AND STRIKE MORET'S SECOND AMENDED COUNTERCLAIM AND SIXTEENTH AFFIRMATIVE DEFENSE OF INTERVENOR JACQUES MORET INC.** |
| v. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant, | |
| and | |
| JACQUES MORET INC., | |
| Defendant-Intervenor. | |

1

DECLARATION OF JEFFREY L. SNOW
IN SUPPORT OF DEFENDANT-INTERVENOR JAQUES MORET INC.'S MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO DISMISS AND STRIKE MORET'S SECOND AMENDED COUNTERCLAIM AND
SIXTEENTH AFFIRMATIVE DEFENSE OF INTERVENOR JACQUES MORET INC.

Matthew Barkan (admitted *pro hac vice*)
  mbarkan@pryorcashman.com
Jeffrey L. Snow (admitted *pro hac vice*)
  jsnow@pryorcashman.com
Alexander White (admitted *pro hac vice*)
  awhite@pryorcashman.com
Rachel Kaplowitz (admitted *pro hac vice*)
  rkaplowitz@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
(212) 421-4100

*Attorneys For Defendant-Intervenor*
JACQUES Moret INC.

2

DECLARATION OF JEFFREY L. SNOW
IN SUPPORT OF DEFENDANT-INTERVENOR JAQUES MORET INC.'S MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO DISMISS AND STRIKE MORET'S SECOND AMENDED COUNTERCLAIM AND
SIXTEENTH AFFIRMATIVE DEFENSE OF INTERVENOR JACQUES MORET INC.

I, Jeffrey L. Snow, declare:

1.    I am more than 18 years of age. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify to such facts if called upon to do so.

2.    I submit this declaration in support of Jacques Moret Inc.'s ("Moret") Memorandum in Opposition to Plaintiffs' Motion to Dismiss and Strike Moret's Second Amended Counterclaim and Sixteenth Affirmative Defense of Defendant-Intervenor Moret.

3.    I am an attorney employed by the law firm of Pryor Cashman LLP ("PC"), counsel to Moret in this matter. I am admitted to practice law in the State of New York, among other jurisdictions. I am admitted *pro hac vice* to represent Moret before this Court in this action.

4.    Annexed hereto as **Exhibit A** is a true and correct copy of *Cellwitch Inc. v. Tile, Inc.*, No. 19-cv-01315-JSW, Dkt. No. 221, slip op. at 9-10 (N.D. Cal. Nov. 2, 2023).

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed on this 30th day of January 2026 at New York, NY.

Jeffrey L. Snow

DECLARATION OF JEFFREY L. SNOW
IN SUPPORT OF DEFENDANT-INTERVENOR JAQUES MORET INC.'S MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO DISMISS AND STRIKE MORET'S SECOND AMENDED COUNTERCLAIM AND
SIXTEENTH AFFIRMATIVE DEFENSE OF INTERVENOR JACQUES MORET INC.