UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-05864-FLA ( x )<br><br>**ORDER APPROVING IN PART STIPULATION TO MODIFY PRETRIAL DATES [DKT. 84] DENYING AS MOOT PLAINTIFFS' AMENDED MOTION TO DISMISS JACQUES MORET, INC.'S SECOND AMENDED COUNTERCLAIM AND AFFIRMATIVE DEFENSES [DKT. 82]** |

On February 19, 2026, Plaintiffs lululemon athletica canada inc. and lululemon usa, inc. ("Plaintiffs") filed an Amended Motion to Dismiss Second Amended Counterclaim and Certain Affirmative Defenses ("Motion to Dismiss") of Intervenor-Defendant Jacques Moret, Inc. ("Moret"). Dkt. 82. On February 27, 2026, the parties filed a Stipulation to Modify Certain Patent Rule Dates ("Stipulation"), stating they had reached a partial settlement in principle that would resolve all claims, counterclaims, and defenses between Plaintiffs and Moret, and requesting the court continue certain pretrial dates and deadlines. Dkt. 84. That same day, Moret filed a Notice of Non-Opposition to the Motion to Dismiss, stating the motion was moot in

1

light of parties' partial settlement.  Dkt. 86.

In light of the parties' partial settlement, the court hereby ORDERS as follows:

1. Plaintiffs' Motion to Dismiss (Dkt. 82) is DENIED without prejudice as moot.

2. The parties are ORDERED to file a joint statement within thirty (30) days regarding the status of the partial settlement, and identifying the parties, issues, claims, and counterclaims that remain.

3. The Stipulation is otherwise APPROVED, and the court continues the following pretrial dates and deadlines to the following dates:

   a. Claim Construction Discovery Cut-Off:                4/20/26
   b. Deadline to File Opening Claim Construction Briefs:  5/4/26
   c. Deadline to File Responsive Claim Construction Briefs: 5/18/26
   d. Deadline to File Reply Claim Construction Briefs:    5/26/26
   e. Deadline to Serve Responsive Damages Contentions:    4/9/26
   f. Deadline to Complete Damages Contentions Meeting:    6/8/26

IT IS SO ORDERED.

Dated: March 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2